UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DR. MILTON PRYSTOWSKY, in his own
right and as EXECUTOR OF THE
ESTATE OF ROSE PRYSTOWSKY,

    Plaintiffs,

v.

TGC STORES, INC., et al.,

    Defendants.

Honorable Madeline Cox Arleo

Civil Action No. 07-72 (SDW)

**REPORT AND RECOMMENDATION**

**THIS MATTER** having come before the Court upon the motion of plaintiff, Dr. Milton Prystowsky, in his own right and as executor of the estate of Rose Prystowsky to remand the pending action (Docket Entry No. 3) upon notice to defendants, ADT Security Services, Inc. and TGC Stores, Inc., and the Court having considered the papers submitted in support of and in opposition to the remand motion and having heard the argument of the parties, and for the reasons set forth on the record on October 4, 2007, and for good cause shown;

IT IS on this 4 day of October 2007,

**RECOMMENDED THAT** plaintiff's motion to remand (Docket Entry No. 3) be **DENIED**.

The parties have ten (10) days from the date hereof to file objections.

_____
MADELINE COX ARLEO
United States Magistrate Judge

cc:    Hon. Susan D. Wigenton, U.S.D.J.
       Clerk of the Court
       All Parties
       File