# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MILTON PRYSTOWSKY, | |
| Plaintiff, | Civil Action No. 07-72(SDW) |
| v. | |
| TGC STORES, INC., ET AL., | **ORDER** |
| Defendants. | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

This matter having come before the Court on the Report and Recommendation of U.S. Magistrate Judge Madeline Cox Arleo, dated October 4, 2007; and Milton Prystowsky ("Plaintiff") having notified the Court, by letter dated October 15, 2007, that he does not object to the Report and Recommendation; and the Court having reviewed the Report and Recommendation, the other documents on file and the hearing that occurred on October 4, 2007; and for good cause shown;

It is on this **19th** day of **October 2007**, **ORDERED** that the Report and Recommendation is hereby **ADOPTED** as the facts and conclusions of law of this Court.

Plaintiff's motion to remand is hereby **DENIED**.

**S/Susan D. Wigenton, U.S.D.J.**

cc:    Judge Madeline Cox Arleo