AO 441 (Rev. 04/08) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

DR. MILTON PRYSTOWSKY, in his own right and

Plaintiff

v.

PRIDE MOBILITY PRODUCTS CORP.

Defendant, Third-party plaintiff

v.

Kingstec Industries, Inc.

Third-party defendant

Civil Action No.   2:07-CV-00072 (SDW)(MCA)

## Summons on a Third-Party Complaint

To: *(Third-party defendant's name and address)*

Kingstec Industries Inc.
175 Traders Blvd. East
Mississauga, Ontario
L4Z3S8  Canada

A lawsuit has been filed against defendant PRIDE MOBILITY PROD, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff DR. MILTON PRYSTOWSKY

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff and on the defendant an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant's attorney, whose name and address are:

Miranda Sambursky Slone Sklarin Verveniotis LLP, Nell Sambursky, Esq., 240 Mineola Boulevard, Mineola, New York 11501

It must also be served on the plaintiff's attorney, whose name and address are:

Deborah A. Crinigan, Esq., Mary Alison McGohon, Esq., White & Williams, 1800 One Liberty Place, 1650 Market Street, Philadelphia, PA 19020

If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: _____

WILLIAM T. WALSH
Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 441 (Rev. 04/08) Summons on Third-Party Complaint (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>KINGSTEC INDUSTRIES INC.</u> by:

(1) personally delivering a copy of each to the individual at this place, *Peggy Tsang, Secretary and Person who appeared to be in Control & Management and is authorized to accept service*

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

Date: *Sept 11, 2009*

*[signature]*

Jennifer Lynn Bydhok, a Commissioner, etc.,
Regional Municipality of Peel, for Para-Dio Legal
Services Ltd., and for process serving only.
Expires June 16, 2011.

*[signature]*
Server's signature

*Amanda Vieira - Freelance*
Printed name and title

*Head Office
390 Bay Street, Suite 3100
Toronto, Ontario
M5H 1W2*
Server's address