# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

------------------------------------------------------------X
DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OR THE ESTATE OF ROSE PRYSTOWSKY,

          Plaintiff,

v.

TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 – 10

          Defendants.
------------------------------------------------------------X
PRIDE MOBILITY PRODUCTS CORP.

          Third-Party Plaintiff,

v.

DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC., and JOHN DOES 1 – 10

          Third-Party Defendants.
------------------------------------------------------------X

**Civil Action No.**
**2:07-cv-00072-SDW-MCA**

**PRIDE MOBILITY PRODUCTS CORPORATION'S ANSWER TO THE CROSSCLAIMS AND COUNTERCLAIMS OF KINGSTEC INDUSTRIES, INC.**

Defendant/Third-Party Plaintiff, PRIDE MOBILITY PRODUCTS CORPORATION ("Pride"), by its attorneys, MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP, hereby Answers the Crossclaims and Counterclaims of Third-Party Defendant, Kingstec Industries, Inc., ("Kingstec") upon information and belief, as follows:

## AS AND FOR AN ANSWER TO THE
## CROSSCLAIM AND COUNTERCLAIM FOR CONTRIBUTION

Pride denies the truth of each and every allegation contained in Kingstec's CROSSCLAIM AND COUNTERCLAIM FOR CONTRIBUTION as they relate to Pride and denies knowledge or information sufficient to form a belief as to the truth of the allegations insofar as they relate to the other defendants.

## AS AND FOR AN ANSWER TO THE CROSSCLAIM AND COUNTERCLAIM
## FOR CONTRACTUAL AND COMMON LAW INDEMNIFICATION

Pride denies the truth of each and every allegation contained in Kingstec's CROSSCLAIM AND COUNTERCLAIM FOR CONTRACTUAL AND COMMON LAW INDEMNIFICATION as they relate to Pride and denies knowledge or information sufficient to form a belief as to the truth of the allegations insofar as they relate to the other defendants.

## AS AND FOR AN ANSWER TO THE COUNTERCLAIM
## FOR CONTRACTUAL AND COMMON LAW INDEMNIFICATION

Pride denies the truth of each and every allegation contained in Kingstec's COUNTERCLAIM FOR CONTRACTUAL AND COMMON LAW INDEMNIFICATION.

## AFFIRMATIVE DEFENSES

Pride incorporates, as if fully set forth herein, all Affirmative Defenses set forth in its Amended Answer dated February 3, 2009, and reserves the rights to assert further affirmative defenses.

**WHEREFORE**, it is demanded that a judgment be entered dismissing Kingstec's Crossclaims and Counterclaims against Pride, with prejudice, together with the costs and disbursements of this action.

DATED: October 19, 2009

        MIRANDA SAMBURSKY SLONE
        SKLARIN VERVENIOTIS LLP
        Attorneys for Defendant
        Pride MOBILITY PRODUCTS CORP.

        _____
        Neil L. Sambursky (NLS-8520)
        240 Mineola Boulevard
        Mineola, New York 11501
        (516) 741-7676
        Our File No.: 09-018

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OR THE ESTATE OF ROSE PRYSTOWSKY,

          Plaintiff,

v.

TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 – 10

          Defendants.
---------------------------------------------------------------X
PRIDE MOBILITY PRODUCTS CORP.

          Third-Party Plaintiff,

v.

DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC., and JOHN DOES 1 – 10

          Third-Party Defendants.
---------------------------------------------------------------X

Civil Action No.
2:07-cv-00072-SDW-MCA

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October, 2009, true and correct copies of:

**PRIDE MOBILITY PRODUCTS CORPORATION'S ANSWER TO THE CROSSCLAIMS AND COUNTERCLAIMS OF KINGSTEC INDUSTRIES, INC.**

was served regular mail, postage prepaid to:

Deborah A. Crinigan, Esq.
White & Williams, Esqs.
1800 One Liberty Place
1650 Market Street
Philadelphia, PA 19020
(856) 317-3600
**Attorneys For Plaintiffs**

Charles C. Eblen, Esq.
Shook Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
**Attorneys For Defendant, ADT Security Services, Inc.**

Robert M. Kaplan, Esq.
Margolis Edelstein
100 Century Parkway, Suite 200
Mount Laurel, NJ 08054
(856) 727-6000
**Attorneys for Third-Party Defendant
Kingstec Industries, Inc.**

Mark Bongiovanni, Esq.
Leary, Bride, Tinker & Moran
7 Ridgedale Avenue
Cedar Knolls, NJ 07927
(973) 539-2090
**Attorneys for Defendant, Golden
Brothers Inc. d/b/a Golden Technologies**

Charles L. Simmons Jr., Esq.
Gorman & Williams
36 South Charles Street, Suite 900
Baltimore, Maryland 21201
410 528-0600 (tel)
410 528-0602 (fax)
**Attorneys for Third-Party Defendants
Dewert Motorized Systems, Phoenix Mecano, Inc.**
(Appearance not yet entered)

DATED:     October 16, 2009

                MIRANDA SAMBURSKY SLONE
                SKLARIN VERVENIOTIS LLP
                Attorneys for Defendant/Third-Party Plaintiff
                PRIDE MOBILITY PRODUCTS CORP.

                Neil L. Sambursky (NLS-8520)
                240 Mineola Boulevard
                Mineola, New York 11501
                (516) 741-7676