## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY<br><br>Plaintiff,<br><br>vs.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4-10<br><br>Defendants. | Civil Action No.:<br>2:07-cv-00072-SDW-MCA<br><br>Judge Susan D. Wigenton<br><br>**NOTICE OF ENTRY OF APPEARANCE** |

Dear Clerk:

Please enter the appearance of Matthew S. Schorr, Marshall, Dennehey, Warner, Coleman & Goggin, 425 Eagle Rock Avenue, Suite 302, Roseland, NJ 07068, and Charles L. Simmons, Jr., P.C., Gorman & Williams, 36 South Charles Street, Suite 900, Baltimore, Maryland 21201 as attorneys for Third Party Defendants Phoenix Mecano, Inc. and Dewert Motorized Systems.

/s/ Matthew S. Schorr
Matthew S. Schorr
Marshall, Dennehey, Warner,
Coleman & Goggin
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
(973) 618-4155
Attorneys for Third Party Defendants
Phoenix Mecano, Inc. and Dewert
Motorized Systems

/s/ Charles L. Simmons, Jr.
Charles L. Simmons Jr., P.C.
Gorman & Williams
36 South Charles Street, Ste. 900
Baltimore, Maryland 21201
(410) 528-0600
Attorneys for Third Party Defendants
Phoenix Mecano, Inc. and
Dewert Motorized Systems

## CERTIFICATE OF SERVICE

Pursuant to Rule 1:5-3, I hereby certify that on this 20th day of October, 2009, a copy of the foregoing Notice of Entry of Appearance was forwarded to the Clerk, USDC for District of New Jersey, via electronic filing.

*/s/ Matthew S. Schorr*
Matthew S. Schorr