07046.00101-MSS

MARSHALL, DENNEHEY, WARNER,
    COLEMAN & GOGGIN
425 EAGLE ROCK AVENUE, SUITE 302
ROSELAND, NJ 07068
(973) 618-4100
ATTORNEYS FOR DEFENDANT - Phoenix Mecano, Inc. and Dewert Motorized Systems

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY<br><br>    Plaintiff<br><br>v.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4-10<br>    Defendants/<br>    Third Party Plaintiffs<br><br>v.<br><br>PHOENIX MECANO, INC., DEWERT MOTORIZED SYSTEMS and KINGSTEC INDUSTRIES, INC.<br><br>    Third Party Defendants | CIVIL ACTION NO.: 2:07-cv-72-SDW-MCA<br><br>Civil Action<br><br>**ANSWER TO THIRD PARTY CO-DEFENDANT KINGSTEC INDUSTRIES INC.'S CROSSCLAIMS AND COUNTERCLAIMS** |

**THIRD PARTY DEFENDANTS PHOENIX MECANO, INC. AND DEWERT MOTORIZED SYSTEM'S ANSWER TO THIRD PARTY CO-DEFENDANT KINGSTEC INDUSTRIES INC.'S CROSS CLAIMS**

Defendants Phoenix Mecano, Inc. and Dewert Motorized Systems (collectively "PMI") by and through their undersigned attorneys, hereby Answers the Cross-Claims of Third Party Defendant, Kingstec Industries, Inc. ("Kingstec"), as follows:

## AS AND FOR AN ANSWER TO THE CROSSCLAIM AND COUNTERCLAIM FOR CONTRIBUTION

PMI denies the truth of each and every allegation contained in Kingstec's Crossclaim and Counterclaim for Contribution as they relate to PMI and denies knowledge or information sufficient to form a belief as to the truth of the allegations insofar as they relate to the other defendants.

## AS AND FOR AN ANSWER TO THE CROSSCLAIM AND COUNTERCLAIM FOR CONTRACTUAL AND COMMON LAW INDEMNIFICATION

PMI denies the truth of each and every allegation contained in Kingstec's Crossclaim for Contractual and Common Law Indemnification as they relate to PMI and denies knowledge or information sufficient to form a belief as to the truth of the allegations insofar as they relate to the other defendants.

## AS AND FOR AN ANSWER TO THE COUNTERCLAIM FOR CONTRACTUAL AND COMMON LAW INDEMNIFICATION

PMI denies the truth of each and every allegation contained in Kingstec's Counterclaim for Contractual and Common Law Indemnification as they relate to PMI and denies knowledge or information sufficient to form a belief as to the truth of the allegations insofar as they relate to the other defendants.

## **AFFIRMATIVE DEFENSES**

1. Kingstec's Cross Claims and Counterclaims fail to state a claim upon which relief may be granted.

2. The Court may lack jurisdiction over the subject matter of Kingstec's Cross Claims and Counterclaims.

3. Venue may be improper in this Court under the doctrine of forum non-conveniens.

4. Kingstec's Cross Claims and Counterclaims are barred by laches.

5. Kingstec's Cross Claims and Counterclaims are barred by the applicable statute of limitations.

WHEREFORE, Defendants Phoenix Mecano, Inc. and Dewert Motorized Systems respectfully requests that this Court dismiss with prejudice Third Party Co-Defendant Kingtec's Cross-Claims and Counterclaims, and award costs incurred herein, and grant such other and further relief as justice may require.

By: /s/   Matthew S. Schorr, Esq.
**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
425 Eagle Rock Avenue
Suite 302
Roseland, NJ 07068
(973) 618-4155
(973) 618- 0685
msschorr@mdwcg.com

By:   /s/ Charles L. Simmons Jr.
Charles L. Simmons Jr., P.C.,
Federal Bar No. 24278
**GORMAN & WILLIAMS**
36 South Charles Street, Suite 900
Baltimore, Maryland 21201
(410) 528-0600 telephone
(410) 528-0602 facsimile
CLSimmons@gandwlaw.com

*Attorneys for Defendant*
*Phoenix Mecano*

DATED: November 9, 2009

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of November, 2009, a copy of the foregoing paper was served by ECF to all counsel of record.

_____/s/_____
Matthew S. Schorr, Esq.

DATED: November 9, 2009