07046.00101-MSS

MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN
425 EAGLE ROCK AVENUE, SUITE 302
ROSELAND, NJ 07068
(973) 618-4100
ATTORNEYS FOR DEFENDANT - Phoenix Mecano, Inc. and Dewert Motorized Systems

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY | CIVIL ACTION NO.: 2:07-cv-72-SDW-MCA |
| Plaintiff | |
| v. | Civil Action |
| TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4-10 | **CORPORATE DISCLOSURE STATEMENT** |
| Defendants/ Third Party Plaintiffs | |
| v. | |
| PHOENIX MECANO, INC., DEWERT MOTORIZED SYSTEMS and KINGSTEC INDUSTRIES, INC. | |
| Third Party Defendants | |

Third Party defendants Phoenix Mecano, Inc. and Dewert Motorized Systems state that there are no corporations or parent corporations that holds 10% or more of stock in Phoenix Mecano, Inc. and Dewert Motorized Systems.

Dated: November 9, 2009

/s/ Matthew S. Schorr
Matthew S. Schorr
Marshall, Dennehey, Warner,
Coleman & Goggin
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
(973) 618-4155
Attorneys for Third Party Defendants
Phoenix Mecano, Inc. and Dewert
Motorized Systems

/s/ Charles L. Simmons, Jr.
Charles L. Simmons Jr., P.C.
Gorman & Williams
36 South Charles Street, Ste. 900
Baltimore, Maryland 21201
(410) 528-0600
Attorneys for Third Party Defendants
Phoenix Mecano, Inc. and
Dewert Motorized Systems