**SO ORDERED:**

_____
Honorable

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 9th day of November, 2009, a copy of the foregoing paper was served by ECF to all counsel of record.

                                                          /s/
                                          Matthew S. Schoor