07046.00101-MSS

MARSHALL, DENNEHEY, WARNER,
    COLEMAN & GOGGIN
425 EAGLE ROCK AVENUE, SUITE 302
ROSELAND, NJ 07068
(973) 618-4100
ATTORNEYS FOR DEFENDANT - Phoenix Mecano, Inc. and Dewert Motorized Systems

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY | CIVIL ACTION NO.: 2:07-cv-72-SDW-MCA |
| Plaintiff | |
| | Civil Action |
| v. | |
| TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4-10 | **STIPULATION EXTENDING TIME TO ANSWER** |
| Defendants/ Third Party Plaintiffs | |
| v. | |
| PHOENIX MECANO, INC., DEWERT MOTORIZED SYSTEMS and KINGSTEC INDUSTRIES, INC. | |
| Third Party Defendants | |

**STIPULATION TO EXTEND TIME TO ANSWER**

Third-Party Defendants Phoenix Mecano, Inc. and Dewert Motorized Systems (collectively "PMI") and Third-Party Plaintiff Pride Mobility Products Corp. ("Pride"), by and through their undersigned attorneys, stipulate to extend the time to November 9, 2009 for PMI to file an Answer to Pride's Third Party Complaint

Attorneys for Phoenix Mecano, Inc. and Dewert Motorized Systems

By: /s/ Matthew S. Schoor
Matthew S. Schoor
**Marshall, Dennehey, Warner, Coleman & Goggin**
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
(973) 618-4155

By: /s/ Charles L. Simmons Jr.
Charles L. Simmons Jr., P.C.
**GORMAN & WILLIAMS**
Federal Bar No. 24278
Gorman & Williams
36 South Charles Street, Suite 900
Baltimore, Maryland 21201
(410) 528-0600 telephone
(410) 528-0602 facsimile


Attorneys for Pride Mobility Products Corp.


By: /s/ Neil L. Sambursky
Neil L. Sambursky
**Miranda Sambursky Slone Sklarin Verveniotis LLP**
250 Mineola Boulevard
Mineola, New Jersey 11501

**SO ORDERED:**

_____
Honorable

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November, 2009, a copy of the foregoing paper was served by ECF to all counsel of record.

_____/s/_____
Matthew S. Schoor