LEARY, BRIDE, TINKER & MORAN
A Professional Corporation
7 Ridgedale Avenue
Cedar Knolls, NJ 07927
(973) 539-2090
Attorneys for Defendant, Golden Brothers, Inc. d/b/a Golden Technologies
File No. 25669 MB1

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| DR. MILTON PRYSTOWSKY in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY, 4 Garden Place Nutley, NJ 07110     Plaintiff(s) <br><br> v. <br><br> TGC STORES, INC., 275 Route 22 E Springfield, NJ 07081 And ADT SECURITY SERVICES, INC. One Town Center Road Boca Raton, FL 33486 And JOHN DOES 4-10, And INVACARE CORPORATION, 1 Invacare Way Elyria, OH 44035 And GOLDEN BROTHERS INC. d/b/a GOLDEN TECHNOLOGIES 401 Bridge Street Old Forge, PA 18518 And PRIDE MOBILITY PRODUCTS CORP. 182 Susquehanna Avenue Pittstown, PA 18643     Defendant(s) | Civil Action No. 2:07-cv-00072-SDW-MCA <br><br> **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

the attorneys of record for the parties to the above-entitled action, that all claims

and cross-claims be and hereby are discontinued as against defendant, Golden

Brothers, Inc. d/b/a Golden Technologies, without prejudice and without costs to

either party as against the other.

Deborah A. Crinigan, Esq.
White & Williams, LLP
Liberty View
457 Haddonfield Road, Suite 400
Cherry Hill, New Jersey 08002-2220
Attorneys for Plaintiffs

Mark Bongiovanni, Esq.
Leary, Bride, Tinker & Moran
7 Ridgedale Avenue
Cedar Knolls, NJ  07927
Attorneys for Defendant,
Golden Brothers, Inc. d/b/a
Golden Technologies

Neil M. Day, Esq.
Coughlin Duffy, LLP
350 Mount Kemble Avenue
PO Box 1917
Morristown, NJ  07962-1917
Attorneys for Defendant,
ADT Services, Inc.

Neil Sambursky, Esq.
Slone, Sklarin, Verveniotis LLP
240 Mineola Boulevard
Mineola, NY  11501
Attorneys for Defendant,
Pride Mobility Products Corp.

SO ORDERED: _____

Hon.

Date: _____

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that all claims and cross-claims be and hereby are discontinued as against defendant, Golden Brothers, Inc. d/b/a Golden Technologies, without prejudice and without costs to either party as against the other.

Deborah A. Crinigan, Esq.
White & Williams, LLP
Liberty View
457 Haddonfield Road, Suite 400
Cherry Hill, New Jersey 08002-2220
Attorneys for Plaintiffs

Mark Bongiovanni, Esq.
Leary, Bride, Tinker & Moran
7 Ridgedale Avenue
Cedar Knolls, NJ 07927
Attorneys for Defendant,
Golden Brothers, Inc. d/b/a
Golden Technologies

Neil M. Day, Esq.
Coughlin Duffy, LLP
350 Mount Kemble Avenue
PO Box 1917
Morristown, NJ 07962-1917
Attorneys for Defendant,
ADT Services, Inc.

Neil Sambursky, Esq.
Sione, Sklarin, Verveniotis LLP
240 Mineola Boulevard
Mineola, NY 11501
Attorneys for Defendant,
Pride Mobility Products Corp.

**SO ORDERED:**

Hon.

Date: February 9, 2010