LEARY, BRIDE, TINKER & MORAN
A Professional Corporation
7 Ridgedale Avenue
Cedar Knolls, NJ 07927
(973) 539-2090
Attorneys for Defendant, Golden Brothers, Inc. d/b/a Golden Technologies
File No. 25669 MB1

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY, <br><br> Plaintiff(s) <br><br> v. <br><br> TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS INC. d/b/a, GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP., JOHN DOES 4-10, <br><br> Defendant(s) <br><br>--------------------------------------------------<br> PRIDE MOBILITY PRODUCTS CORP, <br><br> Defendant/Third Party Plaintiff <br><br> v. <br><br> DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC. | Civil Action No. <br> 2:07-cv-00072-SDW-MCA <br><br> <u>STIPULATION OF DISMISSAL</u> |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES ("Golden Brothers") and KINGSTEC INDUSTRIES, INC. ("Kingstec"), that all of Kingstec's

crossclaims and counterclaims against Golden Brothers be and are hereby withdrawn, discontinued, and in any event dismissed without prejudice and without costs to either party as against the other.

Mark Bongiovanni, Esq.
Leary Bride Tinker & Moran
7 Ridgedale Avenue
Cedar Knolls, NJ 07927
Attorneys for Defendant
Golden Brothers

Robert M. Kaplan, Esq.
Margolis Edelstein
100 Century Parkway, Suite 200
Mount Laurel, NJ 08054
Attorneys for Third-Party Defendant
Kingstec Industries, Inc.

So Ordered: _____
Honorable Susan D. Wigenton, U.S.D.J.

DATED: February 9, 2010