LEARY, BRIDE, TINKER & MORAN
A Professional Corporation
7 Ridgedale Avenue
Cedar Knolls, NJ 07927
(973) 539-2090
Attorneys for Defendant, Golden Brothers, Inc. d/b/a Golden Technologies
File No. 25669 MB1

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY,<br><br>                  Plaintiff(s)<br><br>v.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS INC. d/b/a, GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP., JOHN DOES 4-10,<br><br>                  Defendant(s)<br><br>PRIDE MOBILITY PRODUCTS CORP,<br><br>                  Defendant/Third Party Plaintiff<br><br>v.<br><br>DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC. | Civil Action No.<br>2:07-cv-00072-SDW-MCA<br><br>STIPULATION OF DISMISSAL OF CROSSCLAIMS |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES ("Golden Brothers") and PHOENIX MECANO, INC. and DEWERT MOTORIZED SYSTEMS

("the Phoenix defendants"), that all of the Phoenix defendants' crossclaims and counterclaims against Golden Brothers be and are hereby withdrawn, discontinued, and in any event dismissed without prejudice and without costs to any party as against the other.

_____
Matthew S. Schorr
Marshall, Dennehey, Warner
Coleman & Goggin
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
Attorneys for Third Party Defendants
Phoenix Mecano, Inc. and Dewert
Motorized Systems

_____
Charles L. Simmons, Jr., P.C.
Gorman & Williams
36 South Charles Street, Suite 900
Baltimore, Maryland 21201
Attorneys for Third Party Defendants
Phoenix Mecano, Inc. and
Dewert Motorized Systems

_____
Mark A. Trudeau
Leary Bride Tinker & Moran
7 Ridgedale Avenue
Cedar Knolls, NJ 07927
Attorneys for Defendant Golden Brothers, Inc.,
d/b/a Golden Technologies

So Ordered: _____
Honorable Susan D. Wigenton, U.S.D.J.

DATED: February 16, 2010