Thomas R. Curtin
George C. Jones
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

*Personal Counsel for Third-Party Defendant
Kingstec Industries Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY,<br><br>Plaintiff,<br><br>v.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES and PRIDE MOBILITY PRODUCTS CORP.,<br><br>Defendants.<br><br>and<br><br>PRIDE MOBILITY PRODUCTS CORP.,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC.,<br><br>Third-Party Defendants. | Civil Action No. 07-0072 (SDW) (MCA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF APPEARANCE BY THOMAS R. CURTIN AS PERSONAL COUNSEL FOR KINGSTEC INDUSTRIES INC.** |

938333_1

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance as personal counsel for third-party defendant Kingstec Industries Inc.

| | |
|---|---|
| Dated:  February 19, 2010 | */s/ Thomas R. Curtin*<br>Thomas R. Curtin<br>GRAHAM CURTIN<br>A Professional Association<br>4 Headquarters Plaza<br>P.O. Box 1991<br>Morristown, New Jersey 07962-1991<br>Telephone:  (973) 292-1700<br>Facsimile:   (973) 292-1767 |