Thomas R. Curtin
George C. Jones
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

*Personal Counsel for Third-Party Defendant*
*Kingstec Industries Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY, | : : : : | Civil Action No. 07-0072 (SDW) (MCA) |
| Plaintiff, | : : | |
| v. | : : | |
| TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES and PRIDE MOBILITY PRODUCTS CORP., | : : : : : : | |
| Defendants. | : : | |
| and | : : | |
| PRIDE MOBILITY PRODUCTS CORP., | : : | **NOTICE OF APPEARANCE BY GEORGE C. JONES** |
| Defendant/Third-Party Plaintiff, | : : | **AS PERSONAL COUNSEL FOR KINGSTEC INDUSTRIES INC.** |
| v. | : : | |
| DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC., | : : : : | |
| Third-Party Defendants. | : : | |

938324_1

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance as personal counsel for third-party defendant Kingstec Industries Inc.

Dated: February 19, 2010

/s/ *George C. Jones*
George C. Jones
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
Telephone: (973) 292-1700
Facsimile: (973) 292-1767

938324_1