MARGOLIS EDELSTEIN
100 Century Parkway, Suite 200
Mount Laurel, NJ 08054
856-727-6000
Robert M. Kaplan, Esquire
Attorneys for Third-Party Defendant, Kingstec Industries Inc.
21575.1-0002 RMK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Plaintiff | : |
| | : No.: 2:07-cv-0072(SDW)(MCA) |
| DR. MILTON PRYSTOWSKY, in his own | : |
| right and as EXECUTOR OF THE | : |
| ESTATE OF ROSE PRYSTOWSKY | : ORDER GRANTING LEAVE TO |
| | : FILE FOURTH-PARTY COMPLAINT |
| vs. | : |
| | : |
| Defendants | : |
| | : |
| TGC STORES, INC., ADT SECURITY | : |
| SERVICES, INC., INVACARE | : |
| CORPORATION, GOLDEN BROTHERS, INC. | : |
| d/b/a GOLDEN TECHNOLOGIES, PRIDE | : |
| MOBIITY PRODUCTS CORP. | : |
| | : |
| and | : |
| | : |
| Defendant/Third-Party Plaintiff | : |
| | : |
| PRIDE MOBILITY PRODUCTS CORP. | : |
| | : |
| vs. | : |
| | : |
| Third-Party Defendants | : |
| | : |
| DEWERT MOTORIZED SYSTEMS, PHOENIX | : |
| MECANO, INC. and KINGSTEC | : |
| INDUSTRIES, INC. | : |
| | : |

This matter having been brought before the Court by Margolis

Edelstein, attorneys for third-party defendant, Kingstec Industries

Inc., and the Court having duly considered the moving papers

submitted in support of their application, and finding merit in

and the Court having received no
opposition to the motion;

said application,

and for other good cause appearing;

IT IS on this 7ᵗʰ day of Feb. , 2010;

**ORDERED** that leave of court is hereby granted to allow third-party defendant, Kingstec Industries Inc., to file a fourth-party complaint naming Carling Technologies Inc. and John Does 1-10. ⊛

A copy of the within Order shall be sent to all counsel within _____ days of the date hereof.

~~MOTION OPPOSED~~

✓ MOTION UNOPPOSED

_____

Hon. Madeline Cox Arleo, U.S.M.J.

⊛ Third-party defendant, Kingstec Industries shall file the fourth-party complaint within 14 days of entry of this Order; and Kingstec shall effectuate service within 30 days of entry of this Order.

Tel. status conference is adjourned from March 16, 2010 to april 20 at noon