## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY<br><br>Plaintiff,<br><br>vs.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4-10<br><br>Defendants. | Civil Action No.:<br>2:07-cv-00072-SDW-MCA<br><br>Judge Susan D. Wigenton<br><br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hav vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150.00, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

DATED: April 1, 2010

                                Attorney for Defendants Phoenix Mecano, Inc. and Dewert Motorized Systems

                                 /s/ Matthew S. Schorr_____
                                Matthew S. Schorr

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
425 Eagle Rock Avenue
Suite 302
Roseland, NJ 07068
(973) 618-4155
(973) 618- 0685
msschorr@mdwcg.com

PRO HAC VICE ATTORNEY INFORMATION:

Name:       Charles L. Simmons, Jr., P.C.

Address:    GORMAN & WILLIAMS
            36 South Charles Street, Suite 900
            Baltimore, Maryland 21201

e-Mail:     CLSimmons@gandwlaw.com