**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY<br><br>Plaintiff,<br><br>vs.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4-10<br><br>Defendants. | Civil Action No.:<br>2:07-cv-00072-SDW-MCA<br><br>Judge Susan D. Wigenton<br><br>**NOTICE OF CHANGE OF ADDRESS FOR CHARLES L. SIMMONS, JR., ATTORNEY FOR PHOENIX MECANO, INC. AND DEWERT MOTORIZED SYSTEMS** |

Dear Clerk:

Please note the change of address below for attorney Charles L. Simmons, Jr., P.C. and make the change in the Court's records:

<u>Address of Record</u>:

Charles L. Simmons, Jr., P.C.
Gorman and Williams
Two N. Charles Street
Suite 750
Baltimore, MD 21201
(401) 528-0600
Fax: (401) 528-0602

**New Address:**

Charles L. Simmons, Jr., P.C.
Gorman and Williams
36 South Charles Street
Suite 900
Baltimore, MD 21201
(410) 528-0600
Fax: (410) 528-0602

| | |
|---|---|
| /s/ Matthew S. Schorr | /s/ Charles L. Simmons, Jr., P.C. |
| Matthew S. Schorr | Charles L. Simmons Jr., P.C. |
| Marshall, Dennehey, Warner, Coleman & Goggin | Gorman & Williams |
| 425 Eagle Rock Avenue, Suite 302 | 36 South Charles Street, Ste. 900 |
| Roseland, NJ 07068 | Baltimore, Maryland 21201 |
| (973) 618-4155 | (410) 528-0600 |
| Attorneys for Third Party Defendants Phoenix Mecano, Inc. and Dewert Motorized Systems | Attorneys for Third Party Defendants Phoenix Mecano, Inc. and Dewert Motorized Systems |

## **CERTIFICATE OF SERVICE**

Pursuant to Rule 1:5-3, I hereby certify that on this 1st day of April, 2010, a copy of the foregoing Notice of Change of Address for Charles L. Simmons was forwarded to the Clerk, USDC for District of New Jersey, via electronic filing.

/s/ Matthew S. Schorr
Matthew S. Schorr