IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as, EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES and PRIDE MOBILITY PRODUCTS CORP.<br><br>　　　　　　Defendants.<br><br>　and<br><br>PRIDE MOBILITY PRODUCTS CORP.<br><br>　　　　　Defendant/Third-Party Plaintiff<br><br>　　v.<br><br>DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC.<br><br>　　　　　Third-Party Defendants<br><br>　and<br><br>KINGSTEC INDUSTRIES, INC.<br><br>　　　　　Third-Party Def/Fourth-Party Plaintiff,<br><br>　　v.<br><br>CARLING INDUSTRIES, INC., and JOHN DOES 1-10,<br><br>　　　　　Fourth-Party Defendant | Civil Action No.:<br>2:07-cv-00072-SDW-MCA<br><br><br><br><br>**REVISED PRE-TRIAL SCHEDULING ORDER**<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Madeline C. Arleo, U.S.M.J. |

6204064v.1

This Matter having been brought before the Court on April 20, 2010 during the case management conference and for good cause shown it is on this _22_ day of _April_, 2010 ORDERED that:

1. All written discovery on defendant, Carling Industries, Inc. will be served on or before April 30, 2010;

2. The deposition of Encompass Adjuster, John Mollenkopf will be completed on May 20, 2010;

3. The deposition of Defendant, ADT's corporate designee and alarm specialist/technician that installed the ADT system at the subject premises will be completed on or before June 1, 2010;

4. Destructive testing will be performed on the remaining evidence on May 25-26, 2010;

5. Fact discovery will close on June 1, 2010;

6. On June 10, 2010 at 12:00 pm a case management conference will be held via telephone to be initiated by Defendant, Carling Industries, Inc.;

7. Plaintiff's affirmative expert reports will be produced on or before July 15, 2010; and

8. Defendants' expert reports will be produced on or before September 1, 2010.

BY: _____
Madeline Cox-Arleo
United States Magistrate Judge

6204064v.1