## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY | : : : : | Civil Action No. 2:07-cv-00072-SDW-MCA |
| v. | : : | **CERTIFICATE OF SERVICE** |
| TGC STORES, INC., et al. | : : : : | |

I, Alan J. Charkey, certify that on May 17, 2010, I served a copy of the Exhibits in Support of Plaintiff's Response in Opposition to the Motion by Third-Party Defendant, Phoenix Mecano, Inc., to Join Plaintiff's Insurer as a Real Party in Interest and Necessary Party Plaintiff, upon all interested counsel and upon the Court, by Electronic Case Filing, except as noted:

The Honorable Madeline Cox
Arleo, U.S.M.J.
U.S. District Court for the
District of New Jersey
M.L. King, Jr. Federal Bldg. &
Courthouse, Room 2060
50 Walnut Street
Newark, N.J. 07102

By Federal Express
(Local Civil Rule 7.1(g)
Courtesy Copy)

*Counsel for Defendant, ADT Services*

Mark K. Silver, Esquire
Coughlin, Duffy LLP
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, N.J. 07962-1917

*Counsel for Defendant, ADT Services*

Neil M. Day, Esquire
Sterns & Weinroth, P.C.
P.O. Box 1298
Trenton, N.J. 08607

*Counsel for Third-Party Defendants, Phoenix Mecano, Inc. & Dewert Motorized Systems*

Charles L. Simmons, Jr., Esquire
Gorman & Williams
36 S. Charles Street, Suite 900
Baltimore, MD  21201

By U.S. First Class Mail

*Counsel for Third-Party Defendant, Kingstec Industries Inc.*

Robert M. Kaplan, Esquire
Margolis, Edelstein
100 Century Parkway, Suite 200
Mount Laurel, NJ  08054

*Counsel for Fourth-Party Defendant, Carling Industries Inc.*

William P. Cunningham, Esquire
Daly, Lamastra & Cunningham
3 Mountain View road
P.O. Box 1622
Warren, NJ.  07061

*Counsel for Defendant, Pride Mobility Products Corp.*

Neal Sambursky, Esquire
Slone Sklarin Verveniotis LLP
240 Mineola Boulevard
Mineola, N.Y. 11501

*Counsel for Third-Party Defendants, Phoenix Mecano, Inc. & Dewert Motorized Systems*

Matthew S. Schorr, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
425 Eagle Rock Avenue
Suite 302
Roseland, N.J. 07068

*Counsel for Third-Party Defendant, Kingstec Industries, Inc.*

George C. Jones, Esquire
Thomas R. Curtin, Esquire
Graham Curtin, P.A.
4 Headquarters Plaza
P.O. Box 1991
Morristown, NJ  07962-1991

6281438v.1

**WHITE AND WILLIAMS LLP**

By:  _s/ Alan J. Charkey_____
Deborah A. Crinigan, Esquire
Alan J. Charkey, Esquire
LibertyView
457 Haddonfield Road, Suite 400
Cherry Hill, NJ 08002-2220
856-317-3600

Attorneys for Plaintiff, Dr.
Milton Prystowsky, in his own
right and as Executor of the
Estate of Rose Prystowsky

Date:  May 17, 2010

6281438v.1