**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY<br><br>    v.<br><br>TGC STORES, INC., et al. | : <br>: Civil Action No. 2:07-cv-<br>: 00072-SDW-MCA<br>:<br>: **RESPONSE BY PLAINTIFF, DR.**<br>: **MILTON PRYSTOWSKY, IN**<br>: **OPPOSITION TO MOTION BY THIRD-**<br>: **PARTY DEFENDANT, PHOENIX**<br>: **MECANO, INC., TO JOIN**<br>: **PLAINTIFF'S INSURER AS A REAL**<br>: **PARTY IN INTEREST AND**<br>: **NECESSARY PARTY PLAINTIFF**<br>: |

    Plaintiff, Dr. Milton Prystowsky, by and through his attorneys White and Williams, LLP, hereby responds in opposition to the Motion by Third-Party Plaintiff, Phoenix Mecano, Inc., to Join Plaintiff's Insurer as a Real Party in Interest and Necessary Party Plaintiff.

    Plaintiff hereby incorporates by reference the Brief in Support of the Response in Opposition as if fully set forth at length herein.

6274210v.1

-2-

WHEREFORE, Plaintiff, Milton Prstowsky, respectfully requests that the Motion be denied.

                          Respectfully submitted,

                          **WHITE AND WILLIAMS LLP**

By:  _s/ Deborah A. Crinigan__
      Deborah A. Crinigan, Esquire
      Alan J. Charkey, Esquire
      LibertyView
      457 Haddonfield Road, Suite 400
      Cherry Hill, NJ 08002-2220
      856-317-3600

      Attorneys for Plaintiff, Dr. Milton Prystowsky, in his own right and as Executor of the Estate of Rose Prystowsky

Date:  May 14, 2010

-2-

6274210v.1