**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY | : Civil Action No. 2:07-cv-00072-SDW-MCA |
| v. | : **CERTIFICATE OF SERVICE** |
| TGC STORES, INC., et al. | : |

I, Deborah A. Crinigan, certify that on May 19, 2010, I served a copy of Plaintiff's Response in Opposition to the Motion by Third-Party Defendant, Phoenix Mecano, Inc., to Join Plaintiff's Insurer as a Real Party in Interest and Necessary Party Plaintiff, along with the Brief and proposed Order in support thereof, upon the following counsel by Electronic Case Filing:

*Counsel for Defendant, ADT Services*

Neil M. Day, Esquire
Sterns & Weinroth, P.C.
P.O. Box 1298
Trenton, N.J. 08607

*Counsel for Defendant, ADT Services*

Mark K. Silver, Esquire
Coughlin, Duffy LLP
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, N.J. 07962-1917

6274547v.2

-2-

*Counsel for Third-Party Defendant, Kingstec Industries Inc.*

Robert M. Kaplan, Esquire
Margolis, Edelstein
100 Century Parkway, Suite 200
Mount Laurel, NJ  08054

*Counsel for Fourth-Party Defendant, Carling Industries Inc.*

William P. Cunningham, Esquire
Daly, Lamastra & Cunningham
3 Mountain View road
P.O. Box 1622
Warren, NJ.  07061

*Counsel for Defendant, Pride Mobility Products Corp.*

Neal Sambursky, Esquire
Slone Sklarin Verveniotis LLP
240 Mineola Boulevard
Mineola, N.Y. 11501

*Counsel for Third-Party Defendants, Phoenix Mecano, Inc. & Dewert Motorized Systems*

Matthew S. Schorr, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
425 Eagle Rock Avenue
Suite 302
Roseland, N.J. 07068

*Counsel for Third-Party Defendant, Kingstec Industries, Inc.*

George C. Jones, Esquire
Thomas R. Curtin, Esquire
Graham Curtin, P.A.
4 Headquarters Plaza
P.O. Box 1991
Morristown, NJ  07962-1991

-3-

                    **WHITE AND WILLIAMS LLP**

          By:   _s/ Deborah A. Crinigan_____
                Deborah A. Crinigan, Esquire
                Alan J. Charkey, Esquire
                LibertyView
                457 Haddonfield Road, Suite 400
                Cherry Hill, NJ 08002-2220
                856-317-3600

                Attorneys for Plaintiff, Dr.
                Milton Prystowsky, in his own
                right and as Executor of the
                Estate of Rose Prystowsky

Date:  May 19, 2010