UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------X
DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OR THE ESTATE OF ROSE PRYSTOWSKY,

                Plaintiff,

v.

TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 – 10

                Defendants.
------------------------------------------------------------X
PRIDE MOBILITY PRODUCTS CORP.

                Third-Party Plaintiff,

v.

DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC., and JOHN DOES 1 – 10

                Third-Party Defendants.
------------------------------------------------------------X
KINGSTEC INDUSTRIES, INC.

                Fourth Party Plaintiff,

v.

CARLING INDUSTRIES, INC. and JOHN DOES 1 – 10

                Fourth Party Defendant
------------------------------------------------------------X
PRIDE MOBILITY PRODUCTS CORP.

                Second Third-Party Plaintiff,

**Civil Action No.
2:07-cv-00072-SDW-MCA**

**STIPULATION OF DISMISSAL**

v.

CARLING INDUSTRIES, INC. and JOHN DOES 1 - 10

                   Second Third-Party Defendant,
------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that all claims and cross-claims be and are dismissed against Third-Party Defendant, Kingstec Industries, Inc., without prejudice, and without costs to either party as against the other.

_____
Neil L. Sambursky, Esq.
MIRANDA SAMBURSKY SLONE
SKLARIN VERVENIOTIS LLP
240 Mineola Boulevard
Mineola, New Jersey 11501
Attorneys for Defendant/Third-Party Plaintiff
PRIDE MOBILITY PRODUCTS CORP.

_____
Charles L. Simmons, Jr., Esq.
GORMAN & WILLIAMS
Suite 900
36 Charles Street
Baltimore, MD 21201
Attorneys For Third-Party Defendants
DEWERT MOTORIZED SYSTEMS
AND PHOENIX MECANO, INC.

_____
Robert M. Kaplan, Esq.
MARGOLIS EDELSTEIN
100 Century Parkway, Suite 200
Mount Laurel, NJ 08054
Attorneys for Third-Party Defendant
KINGSTEC INDUSTRIES, INC.

2

**So Ordered**
this 20th day of May, 2010
_____
Susan D. Wigenton, U.S.D.J.