# EXHIBIT "D"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Plaintiff | No.: 2:07-cv-0072(SDW)(MCA) |
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY | JURY TRIAL DEMANDED |
| vs. | NOTICE OF DEPOSITION OF ADT SECURITY SERVICES, INC.'S CORPORATE DESIGNEE |
| Defendants | |
| TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBIITY PRODUCTS CORP. | |
| and | |
| Defendant/Third-Party Plaintiff | |
| PRIDE MOBILITY PRODUCTS CORP. | |
| vs. | |
| Third-Party Defendants | |
| DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC. | |

TO: Charles C. Eblen, Esquire
Shook Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO  64108-2613

PLEASE TAKE NOTICE on _____, May ___, 2010 at 10:00 a.m., Plaintiff, Dr. Milton Prystowsky, by counsel, will take the deposition of ADT Security Services, Inc.'s Corporate Designee, at White and Williams LLP's Philadelphia, PA, location, before an officer fully authorized by law to administer oaths. Said deposition is for the purpose of discovery

6244816v.1

and/or evidence, or both, at the trial of the above case. You are invited to appear and take such part as deemed appropriate in accordance with the Rules of the United States District Court for the District of New Jersey.

Please produce a corporate designee to testify regarding the following issues:

    a. Information regarding the design, recommendations, placement, installation, testing and monitoring of residential alarm systems installed in New Jersey in 2003;

    b. The codes, standards, and best practices utilized for the design, placement, installation, testing and monitoring of residential alarm systems in New Jersey in 2003;

    c. The ADT University Curriculum that was applicable at the time of the installation (01/2003);

    d. The training received by alarm specialists for the design, recommendations, placement, installation and testing of residential alarm systems;

    e. The Needs Analysis, Parameters, applicable for a residential alarm system installed in New Jersey in 2003;

    f. The Security Survey parameters applicable for a residential alarm system installed in New Jersey in 2003.

Deponent shall bring with him any and all documents necessary to provide complete answers to the foregoing area of inquiry if they have not already been produced in the litigation, including but not limited, to the following:

    1. ADT University Curriculum applicable at the time of the installation at the subject premises;

    2. All information regarding the training of the alarm specialist who designed, recommended and installed the residential alarm system at the subject premises;

    3. The Needs Analysis performed at the subject premises;

4. The Security Survey performed at the subject premises;

5. All permits for work performed at the subject premises;

6. Voice Logger Recordings for the fire of January 6, 2004 at the subject premises;

7. All testing records for the alarm system at the subject premises;

8. The employee file for the ADT employee(s) involved in the design, recommendations, installation, placement and testing of the alarm system at the subject premises.

**WHITE AND WILLIAMS, LLP**

Deborah A. Crinigan, Esquire
Attorney for Plaintiff,
Dr. Milton Prystowsky
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
(215)864-7187

DATED: May 6, 2010