IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as, EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY,<br><br>        Plaintiff,<br><br>v.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES and PRIDE MOBILITY PRODUCTS CORP.<br><br>        Defendants.<br><br>and<br><br>PRIDE MOBILITY PRODUCTS CORP.<br><br>        Defendant/Third-Party Plaintiff<br><br>v.<br><br>DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC.<br><br>        Third-Party Defendants<br><br>and<br><br>KINGSTEC INDUSTRIES, INC.<br><br>        Third-Party Def/Fourth - Party Plaintiff,<br><br>v.<br><br>CARLING INDUSTRIES, INC., and JOHN DOES 1-10,<br><br>        Fourth-Party Defendant | Civil Action No.:<br>2:07-cv-00072-SDW-MCA<br><br>**CERTIFICATION OF DOUGLAS POFF FOR ENCOMPASS INSURANCE COMPANY IN RATIFICATION OF ACTION PURSUANT TO RULE 17 (a)(3)**<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Madeline C. Arleo, U.S.M.J. |

6269891v.1

## CERTIFICATION OF DOUGLAS POFF FOR ENCOMPASS INSURANCE COMPANY IN RATIFICATION OF ACTION PURSUANT TO RULE 17(a)(3)

I, Douglas Poff, certify as follows:

1. I am an adult individual and Recovery Representative at Encompass Insurance Company, Plaintiff's subrogee in the captioned matter.

2. I make this Certification in support of the Response by Plaintiff in Opposition to Phoenix Mecano's Motion to Join Plaintiff's Insurer as a Real Party of Interest and Necessary Party Plaintiff.

3. I have personal knowledge of this case and, if called, could competently testify to the matters set forth herein.

4. I make this Certification in my official capacity with Encompass Insurance Company and with authority to bind Encompass Insurance Company to the statements made herein.

5. Pursuant to the terms of a policy of insurance which Encompass Insurance Company's predecessor's issued to Plaintiff, Encompass Insurance Company has paid Plaintiff $738,224.31 in benefits as a result of the fire which is the subject of the captioned action and is accordingly subrogated to Plaintiff's recovery to the extent of the payment.

6. Encompass Insurance Company is also aware that Plaintiff has suffered uncompensated property losses in excess of its payment.

7. Encompass Insurance Company is further aware that as Executor of the Estate of Rose Prystowsky, Plaintiff is seeking the recovery of damages for the wrongful death of his wife as well as in his own capacity for his own personal injuries.

8. With regard to the protection of its subrogation interest, Encompass Insurance Company authorizes continuation of the captioned action by its insured/subrogor, Dr. Milton Prystowsky for its benefit.

9. Encompass Insurance Company agrees to be bound by the result of the captioned action.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. Executed on May 18, 2010.

FOR ENCOMPASS INSURANCE COMPANY

BY: _____
Douglas Poff

## CERTIFICATE OF SERVICE

I, Deborah A. Crinigan, certify that on June 4, 2010, I served a copy of the Certification of Douglas Poff for Encompass Ins Co. In Ratification of Action upon the following counsel by Electronic Case Filing:

*Counsel for Defendant, ADT Services*

Neil M. Day, Esquire
Sterns & Weinroth, P.C.
P.O. Box 1298
Trenton, N.J. 08607

*Counsel for Defendant, ADT Services*

Mark K. Silver, Esquire
Coughlin, Duffy LLP
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, N.J. 07962-1917

*Counsel for Third-Party Defendants, Phoenix Mecano, Inc. & Dewert Motorized Systems*

Charles L. Simmons, Jr., Esquire
Gorman & Williams
36 S. Charles Street, Suite 900
Baltimore, MD  21201

*Counsel for Defendant, Pride Mobility Products Corp.*

Neal Sambursky, Esquire
Slone Sklarin Verveniotis LLP
240 Mineola Boulevard
Mineola, N.Y. 11501

*Counsel for Fourth-Party Defendant, Carling Industries Inc.*

William P. Cunningham, Esquire
Daly, Lamastra & Cunningham
3 Mountain View road
P.O. Box 1622
Warren, NJ.  07061

*Counsel for Third-Party Defendants, Phoenix Mecano, Inc. & Dewert Motorized Systems*

Matthew S. Schorr, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
425 Eagle Rock Avenue
Suite 302
Roseland, N.J. 07068

WHITE AND WILLIAMS LLP

By: s/ Deborah A. Crinigan
Deborah A. Crinigan, Esquire
Alan J. Charkey, Esquire
LibertyView
457 Haddonfield Road, Suite 400
Cherry Hill, NJ 08002-2220
856-317-3600

Attorneys for Plaintiff, Dr. Milton Prystowsky, in his own right and as Executor of the Estate of Rose Prystowsky

-2-

6391636v.1