## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY<br><br>Plaintiff,<br><br>vs.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4-10<br><br>Defendants. | Civil Action No.:<br>2:07-cv-00072-SDW-MCA<br><br>Judge Susan D. Wigenton<br><br><br><u>**ORDER GRANTING MICHAEL R. NACCARATO ADMISSION PRO HAC VICE**</u> |

This matter having been brought before the Court by Matthew S. Schorr, Esq., counsel for Defendant Dewert Motorized Systems, for an Order allowing Michael R. Naccarato, to appear and participate, pro hac vice; and the Court having considered the moving papers; and there being no opposition to this application; and for good cause shown pursuant to Local Rule 101.1(c), United States District Court for the District of New Jersey;

IT IS this 10 day of August, 2010, hereby

ORDERED that Michael R. Naccarato, a member of the Bar of the State of Maryland, be permitted to appear pro hac vice in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to Local Rule 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Matthew Schorr, Esq., Esquire, a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court,

who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, responsible for the conduct of the attorney admitted pro hac vice pursuant to this Order; and it is further

ORDERED that, pursuant to L. Civ. R. 101.1(c)(2), Michael R. Naccarato, shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, enclosing with payment a completed Form PHV-6 (attached); and it is further

ORDERED that, pursuant to L. Civ. R. 101.1(c) (3), Michael R. Naccarato, shall make a payment of $150.00 on each admission, payable to the Clerk, United States District Court; and it is further

ORDERED that Michael R. Naccarato shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Rule 104.1, Discipline of Attorneys; and it is further

ORDERED that, pursuant to L. Civ. R, 101.1(c) (4), Michael R. Naccarato, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended.

_____
United States Magistrate Judge for the District of New Jersey