Thomas R. Curtin
George C. Jones
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

*Personal Counsel for Third-Party Defendant*
*Kingstec Industries Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY, | Civil Action No. 07-0072 (SDW) (MCA) |
| Plaintiff, | |
| v. | |
| TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES and PRIDE MOBILITY PRODUCTS CORP., | |
| Defendants. | |
| and | |
| PRIDE MOBILITY PRODUCTS CORP., | **NOTICE OF WITHDRAWAL OF APPEARANCE BY THOMAS R. CURTIN** |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC., | |
| Third-Party Defendants. | |

1040687_1

PLEASE TAKE NOTICE that the undersigned counsel hereby withdraws his appearance as personal counsel for dismissed third-party defendant Kingstec Industries Inc. and requests that he be removed from the Court's service list for purposes of receiving notifications of electronic filing for this matter.

Dated:  August 26, 2010

s/ Thomas R. Curtin
Thomas R. Curtin
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
Telephone:  (973) 292-1700
Facsimile:   (973) 292-1767

1040687_1