**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY<br><br>v.<br><br>TGC STORES, INC., et al. | Civil Action No. 2:07-cv-00072-SDW-MCA<br><br>**NOTICE OF MOTION BY STEPHEN D. PRYSTOWKSY, ERIC N. PRYSTOWSKY AND MICHAEL PRYSTOWSKY FOR SUBSTITUTION AS PLAINTIFFS** |

TO:

Neil L. Sambursky, Esquire
Miranda Sambursky Slone
Sklarin Verveniotis LLP
240 Mineola Boulevard
Mineola, N.Y. 11501

Mark K. Silver, Esquire
Coughlin, Duffy LLP
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, N.J. 07962-1917

Neil M. Day, Esquire
Sterns & Weinroth, P.C.
P.O. Box 1298
Trenton, N.J. 08607

Charles C. Eblen, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO  64108-2613

Matthew S. Schorr, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
425 Eagle Rock Avenue
Suite 302
Roseland, N.J. 07068

Charles L. Simmons, Jr., Esquire
Gorman & Williams
36 S. Charles Street, Suite 900
Baltimore, MD  21201

William P. Cunningham, Esquire
Daly, Lamastra & Cunningham
3 Mountain View road
P.O. Box 1622
Warren, N.J.  07061

PLEASE TAKE NOTICE that in accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Stephen D. Prystowksy, Eric N. Prystowsky and Michael Prystowsky, the Executors of the Estate of Plaintiff, Dr. Milton Prystowsky, and, Stephen D.

6597383v.1

-2-

Prystowksy and Eric N. Prystowsky, the Executors of the Estate of Rose Prystowsky, will move before the United States District Court for the District of New Jersey on Monday, October 4, 2010, at 9:00 A.M., or as soon thereafter as counsel may be heard, for an order substituting them as Plaintiffs in the captioned action.

    Movants, Stephen D. Prystowksy, Eric N. Prystowsky and Michael Prystowsky, hereby incorporate by reference the Brief in Support as if fully set forth at length herein.

                             **WHITE AND WILLIAMS LLP**

                        By:  _s/ Deborah A. Crinigan__
                             Deborah A. Crinigan, Esquire
                             Alan J. Charkey, Esquire
                             LibertyView
                             457 Haddonfield Road, Suite 400
                             Cherry Hill, NJ 08002-2220
                             856-317-3600

                             Attorneys for Plaintiff, Dr. Milton Prystowsky, in his own right and as Executor of the Estate of Rose Prystowsky

Date:  September 1, 2010