**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY | : Civil Action No. 2:07-cv-00072-SDW-MCA |
| v. | : **O R D E R** |
| TGC STORES, INC., et al. | : |

    This matter having come before the Court on Motion of Stephen D. Prystowksy, Eric N. Prystowsky and Michael Prystowsky, the Executors of the Estate of Plaintiff, Dr. Milton Prystowsky, and Stephen D. Prystowksy and Eric N. Prystowsky, the Executors of the Estate of Rose Prystowsky, to Substitute for Plaintiff in the captioned action, it is hereby ORDERED that the Motion is GRANTED.

    IT IS FURTHER ORDERED that the caption of the instant action be amended to indicate the plaintiffs to be Stephen D. Prystowksy, Eric N. Prystowsky and Michael Prystowsky, the Executors of the Estate of Plaintiff, Dr. Milton Prystowsky, and Stephen D. Prystowksy and Eric N. Prystowsky, the Executors of the Estate of Rose Prystowsky.

                                                                                           **BY THE COURT:**

                                                                              _____, **J.**