**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY | : Civil Action No. 2:07-cv-00072-SDW-MCA |
| v. | : **CERTIFICATE OF SERVICE** |
| TGC STORES, INC., et al. | |

    I, Deborah A. Crinigan, certify that on September 1, 2010, I served a copy of the Notice of Motion By Stephen D. Prystowksy, Eric N. Prystowsky and Michael Prystowsky for Substitution as Plaintiffs, along with the Brief and proposed Order in support thereof, upon the following interested parties by Electronic Case Filing, except as noted:

The Honorable Madeline Cox Arleo, U.S.M.J.
U.S. District Court for the District of New Jersey
M.L. King, Jr. Federal Bldg. & Courthouse, Room 2060
50 Walnut Street
Newark, N.J. 07102

By Federal Express
(Local Civil Rule 7.1(g) Courtesy Copy)

*Counsel for Defendant, Pride Mobility Products Corp.*

Neil L. Sambursky, Esquire
Miranda Sambursky Slone Sklarin Verveniotis LLP
240 Mineola Boulevard
Mineola, N.Y. 11501

6667314v.1

*Counsel for Defendant, ADT Services*

Mark K. Silver, Esquire
Coughlin, Duffy LLP
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, N.J. 07962-1917

*Counsel for Defendant, ADT Services*

Charles C. Eblen, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

by e-mail ceblen@shb.com and
U.S. first class mail

*Counsel for Third-Party Defendants, Phoenix Mecano, Inc. & Dewert Motorized Systems*

Charles L. Simmons, Jr., Esquire
Gorman & Williams
36 S. Charles Street, Suite 900
Baltimore, MD  21201

*Counsel for Defendant, ADT Services*

Neil M. Day, Esquire
Sterns & Weinroth, P.C.
P.O. Box 1298
Trenton, N.J. 08607

*Counsel for Third-Party Defendants, Phoenix Mecano, Inc. & Dewert Motorized Systems*

Matthew S. Schorr, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
425 Eagle Rock Avenue
Suite 302
Roseland, N.J. 07068

*Counsel for Fourth-Party Defendant, Carling Industries Inc.*

William P. Cunningham, Esquire
Daly, Lamastra & Cunningham
3 Mountain View Road
P.O. Box 1622
Warren, N.J.  07061

**WHITE AND WILLIAMS LLP**

By: _s/ Deborah A. Crinigan_____
Deborah A. Crinigan, Esquire
Alan J. Charkey, Esquire
LibertyView
457 Haddonfield Road, Suite 400
Cherry Hill, NJ 08002-2220
856-317-3600

Attorneys for Plaintiff, Dr. Milton Prystowsky, in his own right and as Executor of the Estate of Rose Prystowsky

Date:  September 1, 2010

6667314v.1