# EXHIBIT "A"

**STATE OF CONNECTICUT**
**DEPARTMENT OF PUBLIC HEALTH**
**CERTIFICATE OF DEATH**

VS-4 REV. 1/04
STATE FILE NUMBER (For State Use only. Do not write in this box)

1. DECEDENT'S LEGAL NAME: Milton Prystowsky
2. SEX: Male
3. ACTUAL OR PRESUMED DATE OF DEATH: May 10, 2010
4. ACTUAL OR PRESUMED TIME OF DEATH: 1628 PM
5. AGE LAST BIRTHDAY: 88
7. DATE OF BIRTH: February 17, 1922
8. BIRTHPLACE: Charleston, South Carolina
9. RESIDENCE (State): New York
10. RESIDENCE (County): Westchester
11. RESIDENCE (City or Town): Rye Brook
12. RESIDENCE (Street and No.): 1200 King Street
14. ZIP CODE: 10573
15. EVER IN US ARMED FORCES?: Yes
16. MARITAL STATUS AT TIME OF DEATH: Widowed
18. FATHER'S NAME: Jacob Prystowsky
19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Celia Bram
20. INFORMANT'S NAME: Michael Prystowsky
21. INFORMANT'S RELATIONSHIP TO DECEDENT: Son
22. MAILING ADDRESS: 263 Sterling Rd., Harrison, NY 10528
23. IF DEATH OCCURRED IN A HOSPITAL: Inpatient
25. FACILITY NAME: Greenwich Hospital
26. CITY OR TOWN OF DEATH: Greenwich
ZIP CODE: 06830
27. COUNTY OF DEATH: Fairfield
28. METHOD OF DISPOSITION: Burial
29. DISPOSITION: King Solomon Memorial Park
30. LOCATION: Clifton, New Jersey
31. DATE: 05/12/2010
32. WAS BODY EMBALMED?: No
33. FUNERAL FACILITY: Zion Memorial Chapel, 785 E Boston Post Road, Mamaroneck, NY 10543
35. LICENSE NUMBER: 2650
36. DATE PRONOUNCED DEAD: 05/10/2010
37. TIME PRONOUNCED: 1628

IMMEDIATE CAUSE:
(a) Anoxic Brain Injury
(b) Cardiac Arrest
(c) Aspiration
(d) CVA

47. DID TOBACCO USE CONTRIBUTE TO DEATH?: No
48. CERTIFIER: Bruno DiCosmo, MD, 5/11/10

MAY 12 2010

50. DECEDENT'S EDUCATION: Doctorate or Professional degree
51. DECEDENT OF HISPANIC ORIGIN?: No, Not Spanish/Hispanic/Latino
52. DECEDENT'S RACE: White
53. DECEDENT'S USUAL OCCUPATION: Physician
54. KIND OF BUSINESS/INDUSTRY: Medicine
55. SOCIAL SECURITY NUMBER: 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

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE RECORD ON FILE IN THE GREENWICH TOWN CLERK'S OFFICE, EXCEPT SUCH INFORMATION THAT IS NONDISCLOSABLE BY LAW, ATTESTED BY THE RAISED SEAL OF THE TOWN OF GREENWICH.

Barbara Lowden
ASSISTANT REGISTRAR  May 12, 2010

LEGAL FEE: $20.00
THIS CERTIFICATE NOT VALID WITHOUT SEAL

# EXHIBIT "B"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY<br><br>v.<br><br>TGC STORES, INC., et al. | Civil Action No. 2:07-cv-00072-SDW-MCA<br><br>**STATEMENT NOTING DEATH OF PLAINTIFF, DR. MILTON PRYSTOWSKY** |

In accordance with Fed. R. Civ. P. 25(a), Dr. Michael B. Prystowsky, Dr. Eric N. Prystowsky and Dr. Stephen D. Prystowsky, representatives of Dr. Milton Prystowsky, note the death during the pendency of this action of Dr. Milton Prystowsky, Plaintiff in the captioned action. A copy of the death certificate is attached hereto as Exhibit "A".

**WHITE AND WILLIAMS LLP**

By: _s/ Deborah A. Crinigan_
Deborah A. Crinigan, Esquire
Alan J. Charkey, Esquire
LibertyView
457 Haddonfield Road, Suite 400
Cherry Hill, NJ 08002-2220
856-317-3600

Attorneys for Plaintiff, Dr. Milton Prystowsky, in his own right and as Executor of the Estate of Rose Prystowsky

Date: June 4, 2010

# EXHIBIT "C"

Certificate# 48093

# SURROGATE'S COURT OF THE STATE OF NEW YORK
## WESTCHESTER COUNTY

File #: 2010-1695/A

## CERTIFICATE OF APPOINTMENT OF EXECUTOR(S)

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

| | | |
|---|---|---|
| Name of Decedent: | **Milton Prystowsky** | Date of Death: **May 10, 2010** |
| Domicile of Decedent: | **Rye Brook, New York** | |
| Fiduciary Appointed: Mailing Address: | **Stephen D Prystowsky** 39514 Glenn Glade Chapel Hill NC 27517 | **Eric N Prystowsky MD** 958 Laurelwood Carmel IN 46032 |
| | **Michael Prystowsky MD** 263 Sterling Road Harrison NY 10528 | |
| Type of Letters Issued: | **LETTERS TESTAMENTARY** | |
| Letters Issued On: | **July 27, 2010** | |
| Limitations: | **NONE** | |

and such Letters are unrevoked and in full force as of this date.

**Dated: July 30, 2010**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Westchester County Surrogate's Court at White Plains, New York.

WITNESS, Hon. Anthony A. Scarpino Jr., Judge of the Westchester County Surrogate's Court.

*[signature: Charles Scott]*

Charles T Scott, Esq., Chief Clerk
Westchester County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Westchester County Surrogate's Court*

# EXHIBIT "D"

Docket No.: 2007-2939

# State of New Jersey
# Essex County Surrogate's Court

**JOSEPH P. BRENNAN, JR.**
**SURROGATE**

Hall of Records, Room 206
Newark, New Jersey 07102
Phone: 973-621-4900
Fax:   973-621-2654

**Patricia A. Trabucco**
**DEPUTY SURROGATE**

In the matter of the Estate of:
Rose Prystowsky, MD, Deceased
AKA:

} **JUDGMENT ADMITTING**
**WILL TO PROBATE**

On reading and filing the application of Eric N. Prystowsky and Stephen D. Prystowsky, demanding probate of the Last Will and Testament of decedent, and applying for Letters Testamentary thereon; and the Surrogate having inquired into the circumstances and certification having been made as to self-proof of the Will having no codicils, and/or witness proof having been taken, and being satisfied as to the genuineness of the Will produced, and the validity of its execution; and it appearing that the testator died more that ten days ago, and that no caveat has been filed against the probate of the Will;

It is thereupon August 30, 2010, **adjudged** that the instrument offered for probate, be, and it hereby is, established as the Last Will and Testament of the said decedent and the same be and hereby is admitted to probate;

It is further **adjudged** that Letters Testamentary thereon be issued to, Eric N. Prystowsky and Stephen D. Prystowsky, the Executor/rix(s) named in the said Will, upon his/her/their qualifying as such Executor/rix(s).

Attorney of Record:

**DiBiasi & Rinaldi, LLC**
DiBiasi and Rinaldi, LLC
345 Centre St.
Nutley, NJ 07110
Phone: 235-1414

WITNESS my hand and seal of office, this:

August 30, 2010

*Patricia A. Trabucco* (signature)

Joseph P. Brennan, Jr. Surrogate
PATRICIA A. TRABUCCO
DEPUTY SURROGATE

A6.DOC

Page 1 of 1

Docket No.: 2007-2939

# State of New Jersey
# Essex County Surrogate's Court

**JOSEPH P. BRENNAN, JR.**
**SURROGATE**

Hall of Records, Room 206
Newark, New Jersey 07102
Phone:  973-621-4900
Fax:    973-621-2654

**PATRICIA A. TRABUCCO**
**DEPUTY SURROGATE**

In the matter of the Estate of:

**Rose Prystowsky, MD, Deceased**

AKA:

} **EXECUTOR**
**SHORT CERTIFICATE**

I, Joseph P. Brennan, Jr., Surrogate of the County of Essex, **Do Hereby Certify** that the Last Will and Testament having no codicils, of the above named Decedent, late of the County of Essex and State of New Jersey, was admitted to Probate by the Surrogate of the County of Essex; on August 30, 2010, and that Letters Testamentary were issued to Eric N. Prystowsky and Stephen D. Prystowsky, the Executor(s) named therein, who is (are) duly authorized to take upon himself/herself/ themselves/itself the administration of the estate of said testator agreeably to the said Will.

I further **Certify** that according to our records, said Letters have never been revoked and still remain in full force and effect.

**DO NOT ACCEPT WITHOUT RAISED SEAL**

WITNESS my hand and seal of office on:

August 30, 2010



Joseph P. Brennan, Jr., Surrogate

Ross Prystowsky, M.D., Deceased
AKA:

LETTERS TESTAMENTARY

I Joseph P. Brennan, Jr. do hereby **certify** the annexed to be a true copy of the Last Will and Testament having no codicils of the above named decedent, late of the County of Essex and State of State of New Jersey, admitted to Probate on August 30, 2010 by the Surrogate of the County of Essex, and Letters Testamentary were issued to Eric N. Prystowsky and Stephen D. Prystowsky, the Executor(s) named therein, who is/are duly authorized to take upon himself/herself/themselves/itself the administration of the estate of said testator agreeably to the said Will having no codicils.

DO NOT ACCEPT WITHOUT RAISED SEAL



WITNESS my hand and seal of office on:

August 30, 2010

Joseph P. Brennan, Jr., Surrogate

A5.DOC

Page 1 of 1

**Docket No.: 2007-2939**

# State of New Jersey
# Essex County Surrogate's Court

| | | |
|---|---|---|
| **JOSEPH P. BRENNAN, JR.**<br>**SURROGATE** | Hall of Records, Room 206<br>Newark, New Jersey 07102<br>Phone: 973-621-4900<br>Fax: 973-621-2654 | Patricia A. Trabucco<br>**DEPUTY SURROGATE** |

# EXHIBIT "E"

# LAST WILL AND TESTAMENT
# OF
# ROSE PRYSTOWSKY, M.D.

I, ROSE PRYSTOWSKY, M.D., of the Town of Nutley, County of Essex, and State of New Jersey, being of sound mind and disposing memory, do hereby make, publish and declare this to be my Last Will and Testament, hereby expressly revoking any and all former Wills and Codicils made by me.

### ARTICLE I

I hereby direct that all my funeral, last illness and administration expenses, and other lawful claims and charges against my estate, be first paid from my estate. This shall not operate in any way to enlarge or accelerate any liability of mine, my estate, or my family, except for any indebtedness I may have to any qualified pension or profit sharing plan (other than loans against a voluntary contribution account). All indebtedness of mine for which any properties or insurance policies stand as collateral security shall remain an encumbrance upon such properties which shall pass subject to such indebtedness without reimbursement of any kind from my estate. I further direct the payment from the residue of my estate (except that portion qualifying for the Federal Estate Tax marital deduction) of all estate, inheritance, succession or other similar taxes (including any interest and penalties relating thereto) which may be imposed upon my estate, any trust, or anyone incident to my death, regardless of whether or not the property with respect to which such tax is levied passes through the hands of my Personal Representative, and neither my Personal Representative, my Trustee, nor anyone else shall require that any part of any such taxes be recovered from, paid by, or apportioned between the recipients of, or those interested in, any such property.

*R. P.*

**Plaintiff 03152**

Case 2:07-cv-00072-SDW-MCA Document 131-4 Filed 09/01/10 Page 14 of 18 PageID: 1505

ARTICLE II

I give and bequeath unto my husband, MILTON PRYSTOWSKY, M.D., if he survives me, all of my personal effects, household goods, automobiles, and all other items of goods and chattel.

If my husband fails to survive me, I give and bequeath said property, in approximately equal shares, to those of my children who survive me, with the request that each, where practicable, be allowed to choose the items desired; but if there are no children of mine then living, said property shall become part of the residue of my estate.

ARTICLE III

In the event that I am the beneficiary of any bequest or legacy at such time that I am not sui juris, I hereby direct that after my death such bequest or legacy be distributed to the Mariterm Trust established pursuant to the terms of the "ROSE PRYSTOWSKY, M.D. TRUST," executed on June 15, 1983, as amended. Furthermore, none of the provisions of this instrument shall be construed as being in any way an exercise of any power of appointment of any kind which I may possess at the time of my death, whether now existing or hereafter created.

ARTICLE IV

I hereby give and bequeath all of the rest, residue and remainder of my property, wherever situated and whenever acquired, to the "ROSE PRYSTOWSKY, M.D. TRUST," executed on June 15, 1983, as amended.

ARTICLE V

If the aforementioned Trust is no longer in existence at the time of my death, or if the gift is held invalid for any reason, I direct that said rest, residue and remainder of my estate be instead distributed to the Trustee(s) named in the aforementioned Trust Agreement, IN TRUST, and held, managed and distributed under its provisions as if incorporated verbatim herein. This contingent incorporation by reference of said Trust

-2-

*R.P.*

Plaintiff 03153

Agreement into this Will is intended to be applicable as the Trust Agreement provisions stand at the moment of execution of this Will. In order to preserve privacy for my family, I request that the Probate Court require a copy of said Trust provisions only in the event this ARTICLE should become operative.

### ARTICLE VI

I hereby nominate, constitute and appoint my husband, MILTON PRYSTOWSKY, as Personal Representative of this Will. If he is or becomes unable or unwilling to so act, I nominate, constitute and appoint my sons, STEPHEN D. PRYSTOWSKY and ERIC N. PRYSTOWSKY, as Personal Co-Representatives. I request that no security or Personal Representative's bond shall be required.

### ARTICLE VII

In the general administration of my estate, my Personal Representative shall exercise his best judgment and discretion for what he believes to be the best interests of my estate and of the persons designated to benefit under this my Last Will and Testament. Without limitation on the generality of the foregoing, such discretionary powers shall include the following:

    (a) To sell at public or private sale, to retain, to lease, to borrow money and for that purpose to mortgage or to pledge, all or part of the real or personal property of my estate;

    (b) To settle claims in favor of or against my estate;

    (c) To exercise or not to exercise any election or option granted to personal representatives by the Internal Revenue Code in force at my death, even though such exercise or non-exercise increases or decreases estate principal or income;

-3-

*P.P.*

Plaintiff 03154

(d)   To distribute the residue of my estate in cash or in kind or partly in each, and for this purpose the determination of the personal representative as to the value of any property distributed in kind shall be conclusive;

(e)   To execute and deliver any deeds, contracts, mortgages, bills of sale, or other instruments necessary or desirable for the exercise of the personal representative's powers and discretions;

(f)   As to any real property, to collect the rents and earnings, to keep in tenantable repair the buildings and fixtures, to employ agents and custodians, to make all reasonable expenditures to preserve the property, to insure the property; and

(g)   To join with my surviving spouse in filing joint income tax returns, and in any federal gift tax return filed by my surviving spouse to consent to have any gifts therein reported made to third persons as made one-half by me to the extent permitted by the Internal Revenue Code in force at my death; and to pay any part or all of the tax shown due by any such income and gift tax returns; including any deficiencies, interest, and penalties subsequently determined to be due thereon, without reimbursement from my surviving spouse.

## ARTICLE VIII

Wherever in this my Last Will and Testament words, including pronouns, are used in the masculine, they shall be read and construed in the feminine or neuter wherever they would so apply, and wherever in this Will the words "Personal Representative" or "Trustee" and other words, including pronouns, are used in the singular or plural, they shall be read and construed in the plural or singular, respectively, wherever they would so apply.

-4-

*P.P.*

Plaintiff 03155

## ARTICLE IX

No person named in this Will shall be deemed to have survived me unless living five (5) months after the date of my death.

## ARTICLE X

Although it is my understanding that my husband is or may be executing his Last Will and Testament at or about the time of the execution of this my Last Will and Testament, it is not my intention, nor is it our intention, that such Wills shall be construed or deemed to be mutual, reciprocal, or dependent one upon the other.

## ARTICLE XI

This Will shall be interpreted pursuant to the laws of the State of New Jersey.

*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*

-5-

*R.P.*

Plaintiff 03156

IN WITNESS WHEREOF, I have executed this, my Last Will and Testament, consisting of six (6) pages, this page included, on the bottom of each of which I have affixed my initials for the purpose of identification, all as of 12 o'clock P.M., this 29 day of November, 1991.

_Rose Prystowsky, M.D._ (L.S.)
ROSE PRYSTOWSKY, M.D.

STATE OF NEW JERSEY )
                    )SS
COUNTY OF ESSEX )

We, the attesting witnesses to the Last Will and Testament of the Testatrix, ROSE PRYSTOWSKY, M.D., of which this affidavit is a part, on oath state that: (a) each of us was present at the time and on the date last above written, at Nutley, in Essex County, New Jersey; (b) the Testatrix declared this instrument to be her Last Will and Testament and signed it in our sight and presence; (c) as witnesses thereof, we do now, at her request, and in her sight and presence, and in the sight and presence of each other, hereto subscribe our names; and (d) we each believe the Testatrix to be of sound mind and memory, and certify that, to the best of our knowledge, no fraud, duress or undue influence was used to induce the Testatrix to sign this instrument.

_Marion Smith_ residing at 149 Van Winkle Ave
                           Nutley, NJ 07110

_Mary Marysnella DeMayo_ residing at 167 Chittenden Rd
                                     Clifton, NJ 07013

_Richard A. Dupart_ residing at 4091 Winterset Lane
                                West Bloomfield, Michigan

Subscribed and sworn to before me
this 29 day of November, 1991.

_Rosemarie DePasque_

Notary Public, Essex County, NJ
My Commission Expires: _____
ROSEMARIE DePASQUE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires July 20, 1992

-6-

R.P.

Plaintiff 03157