# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY<br><br>Plaintiff,<br><br>vs.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4-10<br><br>Defendants. | Civil Action No.:<br>2:07-cv-00072-SDW-MCA<br><br>Judge Susan D. Wigenton |

## ORDER

Upon consideration of Third-Party Defendant Phoenix Mecano, Inc.'s Motion for Leave to File Surreply (on its own behalf, and on behalf of its unincorporated subdivision Defendant Dewert Motorized Systems, collectively "PMI") and any Opposition filed by Invacare Corporation, it is this 3rd day of Sept. 2010

**ORDERED** that PMI's Motion for Leave to File Surreply be and hereby is GRANTED, and it is further

**ORDERED** that PMI shall file its Motion on or before September 9, 2010, by fax (473-747-9906) and ECF

_____
The Honorable Madeline Cox Arleo, U.S.M.J.
United States District Court for the
District of New Jersey