LAW OFFICES OF
# DALY, LAMASTRA & CUNNINGHAM

ELIZABETH A. DALY**
JOHN E. LAMASTRA∙
WILLIAM P. CUNNINGHAM
JOSEPH F. SKINNER

_____

*Of Counsel*
MARIE SEITZ*
JONATHAN E. HILL

*New York and New Jersey Bar
**New Jersey and Pennsylvania Bars
∙Certified by the Supreme Court of New Jersey as
  a Civil Trial Attorney

ATTORNEYS AT LAW
NOT A PARTNERSHIP OR PROFESSIONAL CORPORATION

3 MOUNTAIN VIEW ROAD
P O BOX 1622
WARREN, NJ  07061-9901

(908) 903-5700
FACSIMILE:  (908) 903-5798

OLIVIER J. KIRMSER**
JOHN D. GULYAS
PETER K. BARBER
MICHAEL S. SCHWARTZ
DAVID L. BURNETT
M. ELIZABETH DUFFY*
ELLEN M. BOYLE*

September 28, 2010

_**Via Electronic Filing**_

Clerk, Superior Court of New Jersey
William T. Walsh, Clerk
District Court of New Jersey
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07102

> **Re:**   **Prystowsky, et al v. TGC Stores, Inc., et al,**
> <u>**Docket No. 2:07 c.v. 0072 (SDW) (MCA)**</u>

Dear Sir/Madam:

Enclosed for filing is an executed Stipulation of Dismissal with Prejudice as to the Second Third
Party Complaint against Carling Industries, Inc., only for filing.  Thank you.

Very truly yours,
DALY, LAMASTRA & CUNNINGHAM

William P. Cunningham

WPC:mpd
Enc.
cc:     Deborah A. Crinigan, Esq.
        Charles Eblen, Esq.
        Neil L. Sambursky, Esq.
        Matthew S. Schorr, Esq.
        Charles L. Simmons, Jr., Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

-----------------------------------------------------------------------X

DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OR THE ESTATE OF ROSE PRYSTOWSKY,

                                Plaintiff,

      v.

TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 – 10

                           Defendants.

-----------------------------------------------------------------------X

PRIDE MOBILITY PRODUCTS CORP.

                     Third-Party Plaintiff,

      v.

DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC., and JOHN DOES 1 – 10

                    Third-Party Defendants.

-----------------------------------------------------------------------X

KINGSTEC INDUSTRIES, INC.

                    Fourth Party Plaintiff,

      v.

CARLING INDUSTRIES, INC. and JOHN DOES 1 – 10

                    Fourth Party Defendant

-----------------------------------------------------------------------X

PRIDE MOBILITY PRODUCTS CORP.

                    Second Third-Party Plaintiff,

---

**Civil Action No. 2:07-cv-00072-SDW-MCA**

**STIPULATION OF DISMISSAL OF SECOND THIRD-PARTY COMPLAINT AGAINST CARLING INDUSTRIES, INC.**

v.

CARLING INDUSTRIES, INC. and JOHN DOES 1
– 10


Second Third-Party Defendant,
----------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys of record for the parties to the above-entitled Second-Third Party action, that all claims

be and are dismissed only against Second Third-Party Defendant, Carling Technologies, Inc.

i/p/a Carling Industries, Inc., with prejudice, and without costs to either party as against the

other.

| | |
|---|---|
| Neil L. Sambursky, Esq. | William P. Cunningham, Esq. |
| MIRANDA SAMBURSKY SLONE | DALY, LAMASTRA & CUNNINGHAM |
| Attorneys for Defendant/Second Third-Party Plaintiff | Attorneys for Third Party Defendants Carling Technologies, Inc. i/p/a Carling Industries, |
| PRIDE MOBILITY PRODUCTS CORP. | Inc. |

2