## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

-------------------------------------------------------------------X

DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OR THE ESTATE OF ROSE PRYSTOWSKY,

|                                  |                          |
|----------------------------------|--------------------------|
|        Plaintiff, | **Civil Action No.** |
| v.                               | **2:07-cv-00072-SDW-**   |
|                                  | **MCA**                  |

TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 – 10

          Defendants.

-------------------------------------------------------------------X

**STIPULATION OF DISMISSAL OF SECOND THIRD-PARTY COMPLAINT AGAINST CARLING INDUSTRIES, INC.**

PRIDE MOBILITY PRODUCTS CORP.

          Third-Party Plaintiff,

     v.

DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC., and JOHN DOES 1 – 10

          Third-Party Defendants.

-------------------------------------------------------------------X

KINGSTEC INDUSTRIES, INC.

          Fourth Party Plaintiff,

     v.

CARLING INDUSTRIES, INC. and JOHN DOES 1 – 10

          Fourth Party Defendant

-------------------------------------------------------------------X

PRIDE MOBILITY PRODUCTS CORP.

          Second Third-Party Plaintiff,

v.

CARLING INDUSTRIES, INC. and JOHN DOES 1
– 10

                    Second Third-Party Defendant,
-----------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the

attorneys of record for the parties to the above-entitled Second-Third Party action, that all claims

be and are dismissed only against Second Third-Party Defendant, Carling Technologies, Inc.

i/p/a Carling Industries, Inc., with prejudice, and without costs to either party as against the

other.

_____
Neil L. Sambursky, Esq.
MIRANDA SAMBURSKY SLONE
Attorneys for Defendant/Second Third-
Party Plaintiff
PRIDE MOBILITY PRODUCTS CORP.

_____
William P. Cunningham, Esq.
DALY, LAMASTRA & CUNNINGHAM
Attorneys for Third Party Defendants Carling
Technologies, Inc. i/p/a Carling Industries,
Inc.

So Ordered
this ____ day of _____ 2010

Susan D. Wigenton, U.S.D.J.

2