## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

-------------------------------------------------------------X

DR. MILTON PRYSTOWSKY, in his own right
and as EXECUTOR OR THE ESTATE OF ROSE
PRYSTOWSKY,

                    Plaintiff,

     v.

TGC STORES, INC., ADT SECURITY
SERVICES, INC., INVACARE CORPORATION,
GOLDEN BROTHERS, INC. d/b/a GOLDEN
TECHNOLOGIES, PRIDE MOBILITY
PRODUCTS CORP. and JOHN DOES 4 – 10

                   Defendants.

-------------------------------------------------------------X

PRIDE MOBILITY PRODUCTS CORP.

                Third-Party Plaintiff,

     v.

DEWERT MOTORIZED SYSTEMS, PHOENIX
MECANO, INC. and KINGSTEC INDUSTRIES,
INC., and JOHN DOES 1 – 10

              Third-Party Defendants.

-------------------------------------------------------------X

**Civil Action No.
2:07-cv-00072-SDW-MCA**

**CERTIFICATE OF SERVICE**

     I, Neil L. Sambursky, certify that on November 24, 2010, I served a copy of the following documents:

1. Notice of Motion, dated November 24, 2010;

2. Pride Mobility Products Corp.'s Rule 56.1 Statement of Undisputed Material Facts, dated November 24, 2010;

3. Declaration of Neil L. Sambursky, with exhibits, dated November 24, 2010;

4. Affidavit of Patrick Burns, with exhibits, dated November 23, 2010;

5. Memorandum of Law in Support of Pride Mobility Products Corp.'s Motion for Summary Judgment, dated November 24, 2010; and,

6. Proposed Order,

upon the following interested parties by Electronic Case Filing, except as noted:

Deborah A. Crinigan, Esq.
White & Williams, Esqs.
1800 One Liberty Place
1650 Market Street
Philadelphia, PA 19020
(856) 317-3600
**Attorneys For Plaintiffs**

Charles C. Eblen, Esq.
Emily Sullivan, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO  64108
**Attorneys For Defendant, ADT Security
Services, Inc.**

Charles L. Simmons Jr., P.C.
Michael R. Naccarato, Esq.
GORMAN & WILLIAMS
Charles Center South, Suite 900
36 South Charles Street
Baltimore, Maryland 21201-3114
**Attorneys Third-Party Defendant, Phoenix
Mecano and Dewert Motorized Systems**

**By Overnight Mail**
Honorable Susan D. Wigenton
U.S.D.C. District of New Jersey
Martin Luther King Courthouse
50 Walnut St.
Newark, NJ 07101
(Local Civil Rule 7.1 (g) Courtesy Copy)

Dated:  November 24, 2010

**MIRANDA SAMBURSKY SLONE
SKLARIN VERVENIOTIS LLP**
Attorneys for Defendant
PRIDE MOBILITY PRODUCTS CORP.

**s/ Neil L. Sambursky**
_____
Neil L. Sambursky (NLS-8520)
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.:  09-018