# White and Williams LLP

# WW

*1650 Market Street*
*One Liberty Place, Suite 1800*
*Philadelphia, PA 19103-7395*
*Phone: 215.864.7000*
*Fax: 215.864.7123*

*Deborah A. Crinigan, Esquire*
*Direct Dial: 215.864.7194*
*Direct Fax: 215.789.7694*
*crinigand@whiteandwilliams.com*

December 2, 2010

**Via Electronic Case Filing and Facsimile**

The Honorable Madeline Cox Arleo, U.S.M.J.
M.L. King, Jr. Federal Bldg. & Courthouse, Room 2060
50 Walnut Street
Newark, N.J. 07102

> **RE: Dr. Milton Prystowksy v. TGC Stores, et al.**
> **U.S. District Court for the District of N.J., Civil Action No. 2:07-cv-00072**
> **(SDW)(MCA)**

Dear Judge Arleo:

This office represents Plaintiffs, Stephen Prystowsky, M.D., Eric Prystowsky, M.D. and Michael Prystowsky, M.D. in the above-captioned matter.  I am writing to revise the November 30, 2010 jointly requested briefing schedule of the parties for the Motion for Summary Judgment of defendant, Pride Mobility Products Corp.

Counsel for Pride Mobility Products Corp., Neil Sambursky, Esquire, and I have agreed upon a revised briefing schedule as follows:

| | |
|---|---|
| January 17, 2011 | Plaintiffs' Opposition |
| February 4, 2011 | Defendant's Reply Brief |
| To Be Assigned by the Court | Motion Returnable Date |

In addition, if the Court is going to hear oral argument on the motion, Attorney Sambursky and I are both available February 10, 11, 14, 15, 16, 17, 18.

*SO ordered*
*M Cox M*
*7 Dec 10*

*Berwyn, PA • Boston, MA • Cherry Hill, NJ • Conshohocken, PA • Lehigh County, PA*
*New York, NY • Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*

6982770v.1

Judge Madeline Cox Arleo
December 2, 2010
Page 2


Thank you for your consideration of our request.


Very truly yours,
WHITE AND WILLIAMS, LLP


By:   /s/ Deborah A. Crinigan
Deborah A. Crinigan, Esquire

DAC:cem

cc:  Neil L. Sambursky, Esquire (by Electronic Case Filing and e-mail)
Charles C. Eblen, Esquire (by Electronic Case Filing and e-mail)
Charles Simmons, Esquire (by Electronic Case Filing and e-mail)