# White and Williams LLP

*1650 Market Street*  
*One Liberty Place, Suite 1800*  
*Philadelphia, PA  19103-7395*  
*Phone: 215.864.7000*  
*Fax: 215.864.7123*

*Deborah A. Crinigan, Esquire*  
*Direct Dial: 215.864.7194*  
*Direct Fax: 215.789.7694*  
*crinigand@whiteandwilliams.com*

January 10, 2011

**Via Electronic Case Filing and Facsimile**

The Honorable Madeline Cox Arleo, U.S.M.J.  
M.L. King, Jr. Federal Bldg. & Courthouse, Room 2060  
50 Walnut Street  
Newark, N.J. 07102

> RE: **Dr. Milton Prystowksy v. TGC Stores, et al.**
> **U.S. District Court for the District of N.J., Civil Action No. 2:07-cv-00072 (SDW)(MCA)**

Dear Judge Arleo:

  This office represents the interests of the plaintiffs in the above-captioned matter. As discussed in the case management conference held on December 16, 2010, I would like to request an extension of four ( 4) days to file our response in opposition to defendant, Pride Mobility Products, Inc.'s Motion for Summary Judgment until January 21, 2011. I have spoke with counsel for defendant, Pride Mobility Products, Inc., Neil Sambursky, Esq. and he does not oppose this request. Attorney Sambursky simply requests that his deadline for filing defendant, Pride Mobility Products, Inc's reply brief be extended for four (4) days until February 8, 2011. Thank you for your consideration of our request.

        Very truly yours,  
        **WHITE AND WILLIAMS, LLP**

       By: */s/* Deborah A. Crinigan  
         Deborah A. Crinigan, Esquire

DAC:cem

cc: Neil L. Sambursky, Esquire (by Electronic Case Filing and e-mail)  
  Charles C. Eblen, Esquire (by Electronic Case Filing and e-mail)  
  Charles Simmons, Esquire (by Electronic Case Filing and e-mail)