# White and Williams LLP

1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
Phone: 215.864.7000
Fax: 215.864.7123

Deborah A. Crinigan, Esquire
Direct Dial: 215.864.7194
Direct Fax: 215.789.7694
crinigand@whiteandwilliams.com

January 10, 2011

**Via Electronic Case Filing and Facsimile**

The Honorable Madeline Cox Arleo, U.S.M.J.
M.L. King, Jr. Federal Bldg. & Courthouse, Room 2060
50 Walnut Street
Newark, N.J. 07102

> RE: Dr. Milton Prystowksy v. TGC Stores, et al.
> U.S. District Court for the District of N.J., Civil Action No. 2:07-cv-00072 (SDW)(MCA)

Dear Judge Arleo:

This office represents the interests of the plaintiffs in the above-captioned matter. As discussed in the case management conference held on December 16, 2010, I would like to request an extension of four (4) days to file our response in opposition to defendant, Pride Mobility Products, Inc.'s Motion for Summary Judgment until January 21, 2011. I have spoke with counsel for defendant, Pride Mobility Products, Inc., Neil Sambursky, Esq. and he does not oppose this request. Attorney Sambursky simply requests that his deadline for filing defendant, Pride Mobility Products, Inc's reply brief be extended for four (4) days until February 8, 2011. Thank you for your consideration of our request.

*So Ordered
MCA Arleo
Jan 10 11*

Very truly yours,
WHITE AND WILLIAMS, LLP

By: /s/ Deborah A. Crinigan
Deborah A. Crinigan, Esquire

DAC:cem

cc: Neil L. Sambursky, Esquire (by Electronic Case Filing and e-mail)
Charles C. Eblen, Esquire (by Electronic Case Filing and e-mail)
Charles Simmons, Esquire (by Electronic Case Filing and e-mail)

Berwyn, PA • Boston, MA • Cherry Hill, NJ • Conshohocken, PA • Lehigh County, PA
New York, NY • Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE

7081467v.1