**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEPHEN D. PRYSTOWSKY, ERIC N. PRYSTOWSKY AND MICHAEL PRYSTOWSKY, the Executors of the Estate of Dr. Milton Prystowsky, and STEPHEN D. PRYSTOWSKY AND ERIC N. PRYSTOWSKY, the Executors of the Estate of Dr. Rose Prystowsky,<br><br>*Plaintiffs*,<br><br>v.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 – 10,<br><br>*Defendants*. | Civil Action No. 2:07-cv-00072-SDW-MCA<br><br>**O R D E R** |
| PRIDE MOBILITY PRODUCTS CORP.,<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and JOHN DOES 1 – 10,<br><br>*Third-Party Defendants*. | |

In consideration of the Motion for Summary Judgment by Defendant, Pride Mobility Products Corp., and Plaintiffs' Response in Opposition thereto, it is hereby ORDERED that the Motion is DENIED.

**BY THE COURT:**

_____
The Hon. Susan D. Wigenton, U.S.D.J.