## CERTIFICATE OF SERVICE

I, Deborah A. Crinigan, certify that on January 19, 2011, I served a copy of the Response by Plaintiffs Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky to the Motion for Summary Judgment by Defendant, Pride Mobility Products Corp. upon the following counsel by Electronic Case Filing:

**Counsel for Defendant, Pride Mobility Products Corp.**

Neil Sambursky, Esquire
Slone Sklarin Verveniotis LLP
240 Mineola Boulevard
Mineola, N.Y. 11501

**Counsel for Defendant, ADT Services**

Charles C. Eblen, Esquire
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO  64108-2613

**Counsel for Third-Party Defendants, Phoenix Mecano, Inc. & Dewert Motorized Systems**

Charles L. Simmons, Jr., Esquire
Gorman & Williams
36 S. Charles Street, Suite 900
Baltimore, MD  21201

**WHITE AND WILLIAMS LLP**

By:   _s/ Deborah A. Crinigan_____
       Deborah A. Crinigan, Esquire
       Alan J. Charkey, Esquire
       LibertyView
       457 Haddonfield Road, Suite 400
       Cherry Hill, NJ 08002-2220
       856-317-3600

       Attorneys for Plaintiffs, Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky, the Executors of the Estate of Dr. Milton Prystowsky, and Stephen D. Prystowsky and Eric N. Prystowsky, the Executors of the Estate of Dr. Rose Prystowsky