UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PROSTOWSKY<br><br>Plaintiff,<br><br>vs.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4-10<br><br>Defendants. | Civil Action No.:<br>2:07-cv-00072-SDW-MCA |

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court.

**Local Counsel:**

By: /s/   Matthew S. Schorr, Esq.
MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

>425 Eagle Rock Avenue
>Suite 302
>Roseland, NJ 07068
>(973) 618-4155
>(973) 618- 0685
>msschorr@mdwcg.com

**PRO HAC VICE ATTORNEY INFORMATION**

Name:     Michael R. Naccarato
Address:  GORMAN & WILLIAMS
          36 South Charles Street, Suite 900
          Baltimore, Maryland 21201

e-Mail:   MRNaccarato@gandwlaw.com