IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN D. PRYSTOWSKY, ERIC N. PRYSTOWSKY AND MICHAEL PRYSTOWSKY, the Executors of the Estate of Dr. Milton Prystowsky, and STEPHEN D. PRYSTOWSKY AND ERIC N. PRYSTOWSKY, the Executors of the Estate of Dr. Rose Prystowsky,<br><br>*Plaintiffs,*<br><br>v.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 - 10,<br><br>*Defendants.* | Civil Action No. 2:07-cv-00072-SDW-MCA<br><br>O R D E R |
| PRIDE MOBILITY PRODUCTS CORP.,<br><br>*Third-Party Plaintiff,*<br><br>v.<br><br>DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and JOHN DOES 1 - 10,<br><br>*Third-Party Defendants.* | |

In consideration of the Motion for Summary Judgment by Third-Party Defendants, Dewert Motorized Systems and Phoenix Mecano, Inc., and Plaintiffs' Response in Opposition thereto, it is hereby ORDERED that the Motion is DENIED.

**BY THE COURT:**

_____
The Hon. Susan D. Wigenton, U.S.D.J.

7195139v.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN D. PRYSTOWSKY, ERIC N. PRYSTOWSKY AND MICHAEL PRYSTOWSKY, the Executors of the Estate of Dr. Milton Prystowsky, and STEPHEN D. PRYSTOWSKY AND ERIC N. PRYSTOWSKY, the Executors of the Estate of Dr. Rose Prystowsky,<br><br>        *Plaintiffs,*<br><br>  v.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 - 10,<br><br>        *Defendants.* | Civil Action No. 2:07-cv-00072-SDW-MCA<br><br>RESPONSE BY PLAINTIFFS, STEPHEN D. PRYSTOWSKY, ERIC N. PRYSTOWSKY AND MICHAEL PRYSTOWSKY IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY THIRD-PARTY DEFENDANTS, DEWERT MOTORIZED SYSTEMS AND PHOENIX MECANO, INC., WITH STATEMENT IN LIEU OF BRIEF PURSUANT TO L.CIV.R. 7.1(d)(4)<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**RETURN DATE: FEB. 7, 2011** |
| PRIDE MOBILITY PRODUCTS CORP.,<br><br>        *Third-Party Plaintiff,*<br><br>  v.<br><br>DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and JOHN DOES 1 - 10,<br><br>        *Third-Party Defendants.* | |

Plaintiffs, Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky, the executors of the Estate of Dr. Milton Prystowsky, and Stephen D. Prystowsky and Eric N. Prystowsky, the executors of the Estate of Dr. Rose Prystowsky

("Plaintiffs")[1], by and through their attorneys White and Williams LLP, respond in opposition to the Motion for Summary Judgment by Third-Party Defendants, Dewert Motorized Systems and Phoenix Mecano, Inc. (collectively, "Phoenix").

To the extent that Phoenix incorporates and adopts the pending Motion for Summary Judgment by Defendant, Pride Mobility Products Corp. ("The Pride Motion"), as the basis of Phoenix's Motion, in the interest of judicial economy Plaintiffs hereby incorporate their Response to The Pride Motion, including Plaintiffs' Brief, exhibits and affidavits in support thereof, document nos. 162 through 165, as if fully set forth at length herein, as recapitulation of the Response to The Pride Motion and the supporting Brief, exhibits and affidavits herein would be redundant.

WHEREFORE, Plaintiffs, Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky, respectfully request that the Motion for Summary Judgment by Third-Party Defendants, Dewert Motorized Systems and Phoenix Mecano, Inc., be denied.

---

[1] By order of the Court on September 23, 2010, Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky, the executors of the Estate of Dr. Milton Prystowsky, and Stephen D. Prystowsky and Eric N. Prystowsky, the executors of the Estate of Dr. Rose Prystowsky, were substituted as plaintiffs; the caption of the instant action was amended accordingly.

                Respectfully submitted,

                **WHITE AND WILLIAMS LLP**

By:   s/ Deborah A. Crinigan
      Deborah A. Crinigan, Esquire
      Alan J. Charkey, Esquire
      LibertyView
      457 Haddonfield Road, Suite 400
      Cherry Hill, NJ 08002-2220
      (856) 317-3600
      facsimile (856) 317-1342

      Attorneys for
      Plaintiffs/Respondents,
      Stephen D. Prystowsky, Eric N.
      Prystowsky and Michael Prystowsky,
      the Executors of the Estate of Dr.
      Milton Prystowsky, and Stephen D.
      Prystowsky and Eric N. Prystowsky,
      the Executors of the Estate of Dr.
      Rose Prystowsky

Date: February 3, 2011

## CERTIFICATE OF SERVICE

I, Deborah A. Crinigan, certify that on February 3, 2011, I served a copy of the Response by Plaintiffs, Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky in Opposition to Motion for Summary Judgment by Third-Party Defendants, Dewert Motorized Systems and Phoenix Mecano, Inc., with Statement in Lieu of Brief Pursuant to L.Civ.R. 7.1(d)(4), upon the following counsel by Electronic Case Filing:

*Counsel for Defendant, Pride Mobility Products Corp.*

Neil Sambursky, Esquire
Slone Sklarin Verveniotis LLP
240 Mineola Boulevard
Mineola, N.Y. 11501

*Counsel for Defendant, ADT Services*

Charles C. Eblen, Esquire
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO  64108-2613

*Counsel for Third-Party Defendants, Phoenix Mecano, Inc. & Dewert Motorized Systems*

Charles L. Simmons, Jr., Esquire
Gorman & Williams
36 S. Charles Street, Suite 900
Baltimore, MD  21201

                               **WHITE AND WILLIAMS LLP**

                      By:  <u>s/ Deborah A. Crinigan</u>
                             Deborah A. Crinigan, Esquire
                             Alan J. Charkey, Esquire
                             LibertyView
                             457 Haddonfield Road, Suite 400
                             Cherry Hill, NJ 08002-2220
                             (856) 317-3600
                             facsimile (856) 317-1342

7196632v.1

-2-

        Attorneys for
        Plaintiffs/Respondents,
        Stephen D. Prystowsky, Eric N.
        Prystowsky and Michael Prystowsky,
        the Executors of the Estate of Dr.
        Milton Prystowsky, and Stephen D.
        Prystowsky and Eric N. Prystowsky,
        the Executors of the Estate of Dr.
        Rose Prystowsky