

# MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°

―――

MAURIZIO SAVOIARDO
MARK R. OSHEROW*◊□
COUNSEL

**WRITER'S DIRECT DIAL:**
(516) 741-8659

**WRITER'S E-MAIL:**
NSAMBURSKY@MSSSV.COM

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX  (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

GABRIELLA CAMPIGLIA
TODD HELLMAN*
MICHAEL V. LONGO°
MICHAEL P. SIRAVO
JONATHAN B. ISAACSON*
ANNE K. ZANGOS
KELLY C. SPINA*
NIR M. GADON
BRIAN L. GORDON
RON BEN-BASSAT
CRAIG H. HANDLER
BARAK P. CARDENAS◊
ROBERT E.B. HEWITT
GERALD C. WATERS JR.
BRIAN S. CONDON

\*   ALSO ADMITTED IN NEW JERSEY
◊  ALSO ADMITTED IN CONNECTICUT
□  ALSO ADMITTED IN FLORIDA
°RESIDENT IN WESTCHESTER

**Courtesy Copy**

February 4, 2011

**By ECF and Overnight Mail**
Honorable Susan D. Wigenton
United States District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut St.
Newark, NJ 07101

      Re:   *Prystowsky, et al. v. TGC Stores, Inc. et al.*
            Civil Action No. 2:07 -cv-00072 (SDW)
            <u>Our File No.: 09-018</u>

Dear Judge Wigenton:

     We represent Pride Mobility Products Corp. in the above matter.  Pride has moved for summary judgment and, pursuant to Local Civil Rule 7.2(b), we are writing for leave to submit up to a twenty-five (25) page reply brief.  Our reply brief must be filed on February 8, 2011.

     We are seeking permission to submit up to a 25-page reply brief as Plaintiff's opposition to Pride's motion for summary judgment included a 40-page opposition brief, with Exhibits "A through "BB"; a 16-page attorney affidavit, with numerous exhibits; a 29-page Rule 56.1 statement in response and supplemental statement of disputed facts; and five (5) other multi-page affidavits, with numerous exhibits.  Although we will endeavor to keep our reply brief as concise as possible, it will be necessary to have more than 15 pages in order to address all of the arguments raised in plaintiff's opposition.

     We contacted plaintiff's counsel this morning about their consent to this application and have not yet received confirmation on their position.

**MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP**

HONORABLE SUSAN D. WIGENTON
FEBRUARY 4, 2011
PAGE 2 OF 2

        Respectfully submitted,
        **MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP**

        s/_Neil L. Sambursky

        Neil L. Sambursky

cc:  All Counsel (by ECF)