# White and Williams LLP

*1650 Market Street*
*One Liberty Place, Suite 1800*
*Philadelphia, PA  19103-7395*
*Phone: 215.864.7000*
*Fax: 215.864.7123*

*Deborah A. Crinigan, Esquire*
*Direct Dial: 215.864.7194*
*Direct Fax: 215.789.7694*
*crinigand@whiteandwilliams.com*

*Christopher P. Leise, Managing Partner*
*Certified Civil Trial Attorney*

February 4, 2011

**By Electronic Case Filing**

The Honorable Susan D. Wigenton, U.S.D.J.
M.L. King, Jr. Federal Bldg. & Courthouse, Room 5060
50 Walnut Street
Newark, N.J. 07102

RE:  **Prystowsky v. TGC Stores, et al.**
**U.S. District Court for the District of N.J., Civil Action No. 2:07-cv-00072 (SDW)(MCA)**

Dear Judge Wigenton:

On behalf of Plaintiffs, I write in response to today's letter by Neil L. Sambursky, Esquire, counsel for defendant Pride Mobility Products Corp., seeking leave to exceed the fifteen-page limit for reply briefs pursuant to L.Civ.R. 7.2(b) and 7.1(d)(3).

Plaintiffs object to any extension of the page limit. Were the reply brief longer than that permitted under the rules, Plaintiffs would in all likelihood feel constrained to seek leave to file a sur-reply under L.Civ.R. 7.1(d)(6).

Rather than promote any needless increase in the volume of filings pertaining to Pride's pending Motion, Plaintiffs believe the better course of action to be an airing of all outstanding issues in oral argument, which both Plaintiffs and Pride have requested.

Respectfully submitted,

WHITE AND WILLIAMS LLP

By:  s/ Deborah A. Crinigan
Deborah A. Crinigan, Esquire

cc:  Neil L. Sambursky, Esquire (by Electronic Case Filing)
Charles C. Eblen, Esquire (by Electronic Case Filing)
Charles Simmons, Esquire (by Electronic Case Filing)