

www.shb.com

**Charles C. Eblen**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2139 DD
816.421.5547 Fax
ceblen@shb.com

February 9, 2011

**By Electronic Case Filing**

Honorable Madeline C. Arleo
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   *Prystowsky v. ADT Security Services, Inc., et al.*;  Civil Action No. 2:07-cv-00072
      **Requested Extension of Time to File Motions for Summary Judgment**

Dear Judge Arleo:

Defendant ADT Security Services, Inc. ("ADT") requests the Court extend the deadline by which to file motions for summary judgment at a time after all expert depositions have been completed.  ADT's anticipated summary judgment motions will be tied to expert issues and will not be ripe until the parties conclude such discovery.

Respectfully requested,

By:  s/ Charles C. Eblen
     Charles C. Eblen

CCE:lss
cc:   All Counsel (by ECF)

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

4345875 v1