```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
                  MINUTES OF PROCEEDINGS
```

NEWARK                                    DATE: March 23, 2011

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Antigone Owens-Krefski


Title of Case:                            Docket# 07cv72

Stephen Prystowsky, et al v. TGC Stores, Inc., et al

Appearances:
Deborah Crinigan, Esq. for plts
Neil Sambruksy, Esq. for dft Pride Mobility, Charles Simmons, Esq. and Michael Naccarato, Esq. and Jay Hamad, Esq. for dft Phoenix Mecano, Inc.

Nature of Proceeding: **MOTION HEARING**
Hrg. on dft Pride's motion for summary judgment;
Ordered motion denied;
Hrg. on dft Phoenix Mecano, Inc.'s motion for partial summary judgment;
Ordered motion denied.


Time Commenced 4:15 p.m.
Time Adjourned 6:10 p.m.


cc: chambers                              Antigone Owens-Krefski
                                          Deputy Clerk