UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY<br><br>Plaintiff,<br><br>vs.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4-10<br><br>Defendants. | Civil Action No.:<br>2:07-cv-00072-SDW-MCA |

## ORDER

This matter having come before the Court on Motion of PHOENIX MECANO, INC. and its unincorporated division, DEWERT MOTORIZED SYSTEMS ("Phoenix"), for partial summary judgment, and the Court having duly considered the moving papers submitted in support of Phoenix's motion and opposition thereto, and finding merit in said motion and for other good cause appearing;

IT IS on this day of _March 28_, 2010;

**ORDERED** that Phoenix's motion for partial summary judgment dismissing all claims and cross-claims against Phoenix seeking damages,

indemnification, and contribution for personal injuries sustained by plaintiffs as time-barred under N.J.S.A. 2A:14-2, is ~~GRANTED~~ DENIED *.

**ORDERED** that Phoenix's motion for partial summary judgment dismissing all claims and cross-claims against Phoenix seeking damages, indemnification, and contribution for the Wrongful Death of Rose Prystowsky, as time-barred under N.J.S.A. 2A:31-3, is ~~GRANTED~~ DENIED *; and,

**IT IS FURTHER ORDERED** that Phoenix's motion for summary judgment dismissing all claims and cross-claims against Phoenix on the grounds that the Second Amended Complaint is procedurally invalid and a nullity and the Court lacks personal jurisdiction over Pride who purportedly joined Phoenix to this action is ~~GRANTED~~ DENIED*.

A copy of the within Order shall be sent to all counsel within __7__ days of the date hereof.

_____
Hon. Susan D. Wigenton

\* For the reasons set forth on the record on March 23, 2011.
SDW