# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OR THE ESTATE OF ROSE PRYSTOWSKY,

                Plaintiff,

    v.

TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 – 10

                Defendants.
---------------------------------------------------------------X
PRIDE MOBILITY PRODUCTS CORP.

                Third-Party Plaintiff,

    v.

DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC., and JOHN DOES 1 – 10

                Third-Party Defendants.
---------------------------------------------------------------X

Civil Action No.
2:07-cv-00072-SDW-MCA

**NOTICE OF MOTION FOR 28 U.S.C. §1292(b) CERTIFICATION AND <u>STAY OF PROCEEDINGS</u>**

**PLEASE TAKE NOTICE** that, on May 16, 2011, or as soon as counsel may be heard, defendant/third-party plaintiff Pride Mobility Products Corp. ("Pride") shall move this Court before the Honorable Susan D. Wigenton at the United States District Court for the District of New Jersey, located at 50 Walnut Street, Newark, New Jersey 07101, for an Order certifying the March 23, 2011 Order and record for interlocutory appeal pursuant to 28 U.S.C. 1292(b) and

staying this action until resolution of that appeal.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Pride will rely upon the accompanying Memorandum of Law, and all exhibits thereto, and any additional submissions made hereafter.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is also submitted herewith.

Dated:      April 15, 2011

                                             **MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP**
                                             Attorneys for Defendant
                                             PRIDE MOBILITY PRODUCTS CORP.

                                             **s/ Neil L. Sambursky**
                                             _____
                                             Neil L. Sambursky (NLS-8520)
                                             240 Mineola Boulevard
                                             Mineola, New York 11501
                                             (516) 741-7676
                                             Our File No.:  09-018

TO:
Deborah A. Crinigan, Esq.
White & Williams, Esqs.
1800 One Liberty Place
1650 Market Street
Philadelphia, PA 19020
(856) 317-3600
**Attorneys For Plaintiffs**

Charles C. Eblen, Esq.
Emily Sullivan, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO  64108
**Attorneys For Defendant, ADT Security Services, Inc.**

Charles L. Simmons Jr., P.C.
Michael R. Naccarato, Esq.
GORMAN & WILLIAMS
Charles Center South, Suite 900
36 South Charles Street
Baltimore, Maryland 21201-3114
**Attorneys Third-Party Defendant, Phoenix Mecano and Dewert Motorized Systems**