UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------X
DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OR THE ESTATE OF ROSE PRYSTOWSKY,

                Plaintiff,

    v.

TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 – 10

                Defendants.
------------------------------------------------------------------X
PRIDE MOBILITY PRODUCTS CORP.

                Third-Party Plaintiff,

    v.

DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC., and JOHN DOES 1 – 10

                Third-Party Defendants.
------------------------------------------------------------------X

Civil Action No. 2:07-cv-00072-SDW-MCA

**ORDER AMENDING MARCH 23, 2011 ORDER AND RECORD, CERTIFYING ISSUES FOR INTERLOCUTORY APPEAL PURSUANT TO §1292(b), AND STAYING PROCEEDINGS**

**THIS MATTER** having come before the Court upon motion of Miranda Sambursky Slone Sklarin Verveniotis, LLP, counsel for defendant/third-party plaintiff Pride Mobility Products Corp. ("Pride") for the entry of an Order certifying the Court's March 23, 2011 Order and motion hearing record of that same date for interlocutory appeal pursuant to 28 U.S.C. §1292(b) and staying proceedings pending a resolution of the appeal; and the Court having considered the submissions and arguments of all parties; and for good cause shown,

    **IT IS,** on this _____ day of _____, 2011;

**ORDERED** as follows:

**1.**	Pride's motion for 28 U.S.C. §1292(b) certification and for a stay of proceedings is hereby **GRANTED.**

**2.**	The Court's March 23, 2011 Order and record is hereby Amended to include the following findings:

    **a.**	The March 23, 2011 Order and record involves controlling questions of law as to which there is substantial ground for a difference of opinion;

    **b.**	An immediate appeal from the March 23, 2011 Order and record would materially advance the ultimate termination of the litigation.

**3.**	Accordingly, the Court hereby certifies the March 23, 2011 Order pursuant to 28 U.S.C. §1292(b).

**4.**	All proceedings before this Court shall be and are hereby **STAYED,** pending resolution of the appeal of the March 23, 2011 Order and record to the United States Court of Appeals for the Third Circuit.

**SO ORDERED.**

                                                                                   _____
                                                                                   Honorable Susan D. Wigenton
                                                                                   United States District Judge