UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OR THE ESTATE OF ROSE PRYSTOWSKY,

                Plaintiff,

  v.

TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 – 10

                Defendants.
---------------------------------------------------------------X
PRIDE MOBILITY PRODUCTS CORP.

                Third-Party Plaintiff,

  v.

DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC., and JOHN DOES 1 – 10

                Third-Party Defendants.
---------------------------------------------------------------X

**Civil Action No. 2:07-cv-00072-SDW-MCA**

**AMENDED CERTIFICATE OF SERVICE**

    I, Neil L. Sambursky, certify that on April 15, 2011, I served a copy of the following:

- Pride Mobility Products Corp.'s ("Pride") Notice of Motion for an Order certifying the March 23, 2011 Order and record for interlocutory appeal pursuant to 28 U.S.C. 1292(b) and staying this action until resolution of that appeal;

- Pride's Brief In Support Of Motion Pursuant To 28 U.S.C. §1292(b) For Certification To Appeal From The District Court's Order Dated March 23, 2011 And For A Stay Of Proceedings, and all exhibits thereto; and,

- Proposed Order

upon the following interested parties by Electronic Case Filing:

| | |
|---|---|
| Deborah A. Crinigan, Esq.<br>White & Williams, Esqs.<br>1800 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19020<br>(856) 317-3600<br>**Attorneys For Plaintiffs** | Charles C. Eblen, Esq.<br>Emily Sullivan, Esq.<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd.<br>Kansas City, MO  64108<br>**Attorneys For Defendant, ADT Security Services, Inc.** |

Charles L. Simmons Jr., P.C.
Michael R. Naccarato, Esq.
GORMAN & WILLIAMS
Charles Center South, Suite 900
36 South Charles Street
Baltimore, Maryland 21201-3114
**Attorneys Third-Party Defendant, Phoenix Mecano and Dewert Motorized Systems**

Dated:  April 18, 2011

**MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP**
Attorneys for Defendant
PRIDE MOBILITY PRODUCTS CORP.

**s/ Neil L. Sambursky**
_____
Neil L. Sambursky (NLS-8520)
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.:  09-018