

# MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA*<br>STEVEN VERVENIOTIS<br>ONDINE SLONE<br>NEIL L. SAMBURSKY*<br>RICHARD S. SKLARIN°<br>―――<br>MAURIZIO SAVOIARDO<br>MARK R. OSHEROW*◊□<br>COUNSEL<br><br>WRITER'S DIRECT DIAL:<br>(516) 741-8659<br><br>WRITER'S E-MAIL:<br>NSAMBURSKY@MSSSV.COM | THE ESPOSITO BUILDING<br>240 MINEOLA BOULEVARD<br>MINEOLA, NY 11501<br>TEL   (516) 741-7676<br>FAX   (516) 741-9060<br><br>WWW.MSSSV.COM<br><br>BRANCH OFFICES:<br>WESTCHESTER, NY<br>NEW YORK, NY<br>FANWOOD, NJ | GABRIELLA CAMPIGLIA<br>TODD HELLMAN*<br>MICHAEL V. LONGO°<br>JONATHAN B. ISAACSON*<br>ANNE K. ZANGOS<br>KELLY C. SPINA*<br>NIR M. GADON<br>BRIAN L. GORDON<br>CRAIG H. HANDLER<br>BARAK P. CARDENAS◊<br>ROBERT E.B. HEWITT<br>GERALD C. WATERS JR.<br>BRIAN S. CONDON<br>KATHLEEN L. WRIGHT<br><br>\* ALSO ADMITTED IN NEW JERSEY<br>◊ ALSO ADMITTED IN CONNECTICUT<br>□ ALSO ADMITTED IN FLORIDA<br>°RESIDENT IN WESTCHESTER |

April 18, 2011

**By ECF and Overnight Mail**
Honorable Susan D. Wigenton
United States District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut St.
Newark, NJ 07101

        **Re:** *Prystowsky, et al. v. TGC Stores, Inc. et al.*
              Civil Action No. 2:07 -cv-00072 (SDW)
              <u>Our File No.: 09-018</u>

Dear Judge Wigenton:

      We represent Pride Mobility Products Corp. ("Pride") in the above matter.

      On Friday April 15, 2011, we filed Pride's Motion For 28 U.S.C. §1292(B) Certification And Stay Of Proceedings, returnable May 16, 2011. Our motion papers inadvertently omitted that Pride wants oral argument on the motion. Accordingly, Pride respectfully requests oral argument on the motion.

      Further, pursuant to Local Civil Rule 7.1 (g), enclosed (by overnight mail only) are courtesy copies of the following documents which were filed and served by ECF:

      **1.)** Pride Mobility Products Corp.'s ("Pride") Notice of Motion for an Order certifying the March 23, 2011 Order and record for interlocutory appeal pursuant to 28 U.S.C. 1292(b) and staying this action until resolution of that appeal;

      **2.)** Pride's Brief In Support Of Motion Pursuant To 28 U.S.C. §1292(b) For Certification To Appeal From The District Court's Order Dated March 23, 2011 And For A Stay Of Proceedings, and all exhibits thereto;

**MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP**

---

**HONORABLE SUSAN D. WIGENTON**
**APRIL 18, 2011**
**PAGE 2 OF 2**

    **3.)** Proposed Order;

    **4.)** Certificate of Service; and,

    **5.)** Amended Certificate of Service.

                            Sincerely,
                            **MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP**

                            Neil L. Sambursky

cc:  All Counsel (by ECF)