# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| | : | |
| STEPHEN D. PRYSTOWSKY, ERIC N. PRYSTOWSKY AND MICHAEL PRYSTOWSKY, the Executors of the Estate of Dr. Milton Prystowsky, and STEPHEN D. PRYSTOWSKY AND ERIC N. PRYSTOWSKY, the Executors of the Estate of Dr. Rose Prystowsky | : : : : : : : : : | Civil Action No. 2:07-cv-00072-SDW-MCA<br><br>**RESPONSE BY PLAINTIFFS, STEPHEN D. PRYSTOWSKY, ERIC N. PRYSTOWSKY AND MICHAEL PRYSTOWSKY, IN OPPOSITION TO MOTIONS BY DEFENDANT, PRIDE MOBILITY PRODUCTS CORP., AND BY THIRD-PARTY DEFENDANTS,** |
| v. | : : | **DEWERT MOTORIZED SYSTEMS AND PHOENIX MECANO, INC., FOR 28** |
| TGC STORES, INC., et al. | : : | **U.S.C. § 1292(b) CERTIFICATION AND STAY OF PROCEEDINGS** |

Plaintiffs, Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky, the Executors of the Estate of Dr. Milton Prystowsky, and Stephen D. Prystowsky and Eric N. Prystowsky, the Executors of the Estate of Dr. Rose Prystowsky, by and through their attorneys White and Williams, LLP, hereby respond in opposition to the Motions by Defendant, Pride Mobility Products Corp., and by Third-Party Defendants, Dewert Motorized Systems, Inc. and Phoenix Mecano, Inc., for 28 U.S.C. § 1292(b) Certification and Stay of Proceedings.

Plaintiffs hereby incorporate by reference their Brief in Support of the Response in Opposition as if fully set forth at length herein.

WHEREFORE, Plaintiffs, Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky, the Executors of the Estate of Dr. Milton Prystowsky, and Stephen D. Prystowsky and Eric N. Prystowsky, the Executors of the Estate of Dr. Rose Prystowsky, respectfully request that the Motions be denied.

WHEREFORE, Plaintiff, Milton Prstowsky, respectfully requests that the Motion be denied.

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

By:  _s/ Deborah A. Crinigan__
Deborah A. Crinigan, Esquire
Alan J. Charkey, Esquire
LibertyView
457 Haddonfield Road, Suite 400
Cherry Hill, NJ 08002-2220
856-317-3600

Attorneys for Plaintiff, Dr. Milton Prystowsky, in his own right and as Executor of the Estate of Rose Prystowsky

Date:  April 29, 2011

–2–

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

---

| | | |
|---|---|---|
| | : | |
| STEPHEN D. PRYSTOWSKY, ERIC | : | |
| N. PRYSTOWSKY AND MICHAEL | : | Civil Action No. 2:07-cv- |
| PRYSTOWSKY, the Executors of | : | 00072-SDW-MCA |
| the Estate of Dr. Milton | : | |
| Prystowsky, and STEPHEN D. | : | |
| PRYSTOWSKY AND ERIC N. | : | **O R D E R** |
| PRYSTOWSKY, the Executors of | : | |
| the Estate of Dr. Rose | : | |
| Prystowsky | : | |
| | : | |
| v. | : | |
| | : | |
| TGC STORES, INC., et al. | : | |
| | : | |

---

In consideration of the Motions by Defendant, Pride Mobility Products Corp., and by Third-Party Defendants, Dewert Motorized Systems, Inc. and Phoenix Mecano, Inc., for 28 U.S.C. § 1292(b) Certification and Stay of Proceedings, and the Response in Opposition thereto by Plaintiffs, Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky, the Executors of the Estate of Dr. Milton Prystowsky, and Stephen D. Prystowsky and Eric N. Prystowsky, the Executors of the Estate of Dr. Rose Prystowsky, it is hereby ORDERED that the Motions are DENIED.

**BY THE COURT:**

_____

**Susan D. Wigenton, U.S.D.J.**