**CERTIFICATE OF SERVICE**

     I, Deborah A. Crinigan, certify that on April 29, 2022, I served a copy of the Response By Plaintiffs, Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky, In Opposition to Motions by Defendant, Pride Mobility Products Corp., and By Third-Party Defendants, Dewert Motorized Systems and Phoenix Mecano, Inc., For 28 U.S.C. § 1292(b) Certification and Stay of Proceedings upon the following counsel by Electronic Case Filing:

| *Counsel for Defendant, Pride Mobility Products Corp.* | *Counsel for Defendant, ADT Services* |
|---|---|
| Neil Sambursky, Esquire<br>Slone Sklarin Verveniotis LLP<br>240 Mineola Boulevard<br>Mineola, N.Y. 11501 | Charles C. Eblen, Esquire<br>Shook, Hardy & Bacon, LLP<br>2555 Grand Boulevard<br>Kansas City, MO  64108-2613 |
| *Counsel for Third-Party Defendants, Phoenix Mecano, Inc. & Dewert Motorized Systems* | *Counsel for Third-Party Defendants, Phoenix Mecano, Inc. & Dewert Motorized Systems* |
| Charles L. Simmons, Jr., Esquire<br>Gorman & Williams<br>36 S. Charles Street, Suite 900<br>Baltimore, MD  21201 | Matthew S. Schorr, Esquire<br>Marshall, Dennehey<br>425 Eagle Rock Ave., Suite 302<br>Roseland, N.J. 07068 |

**WHITE AND WILLIAMS LLP**

By:   s/ Deborah A. Crinigan
     Deborah A. Crinigan, Esquire
     Alan J. Charkey, Esquire
     LibertyView
     457 Haddonfield Road, Suite 400
     Cherry Hill, NJ 08002-2220
     856-317-3600
     Attorneys for Plaintiffs, Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky, the Executors of the Estate of Dr. Milton Prystowsky, and Stephen D. Prystowsky and Eric N. Prystowsky, the Executors of the Estate of Dr. Rose Prystowsky

7525892v.1