

# MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
———
MAURIZIO SAVOIARDO
MARK R. OSHEROW*◊□
COUNSEL

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

GABRIELLA CAMPIGLIA
TODD HELLMAN*
MICHAEL V. LONGO°
JONATHAN B. ISAACSON*
ANNE K. ZANGOS
KELLY C. SPINA*
NIR M. GADON
BRIAN L. GORDON
CRAIG H. HANDLER
ROBERT E.B. HEWITT
GERALD C. WATERS JR.
BRIAN S. CONDON
KATHLEEN L. WRIGHT
MICHAEL D. NERI

*   ALSO ADMITTED IN NEW JERSEY
◊  ALSO ADMITTED IN CONNECTICUT
□  ALSO ADMITTED IN FLORIDA
°RESIDENT IN WESTCHESTER

WRITER'S DIRECT DIAL:
(516) 741-8659

WRITER'S E-MAIL:
NSAMBURSKY@MSSSV.COM

May 2, 2011

**By ECF and Overnight Mail**
Honorable Susan D. Wigenton
United States District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut St.
Newark, NJ 07101

    Re: *Prystowsky, et al. v. TGC Stores, Inc. et al.*
      Civil Action No. 2:07 -cv-00072 (SDW)
      Our File No.: 09-018

Dear Judge Wigenton:

  We represent Pride Mobility Products Corp. ("Pride") in the above matter.

  We are writing to request a one (1) week extension to serve Pride's reply brief in further support of Pride's Motion For 28 U.S.C. §1292(B) Certification And Stay Of Proceedings, which is returnable May 16, 2011.  Pride's brief is currently due May 9th and we request until May 16th.  Plaintiff's counsel has consented to the adjournment.

      Respectfully submitted,
      **MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP**

      s/_Neil L. Sambursky

      Neil L. Sambursky

cc:  All Counsel (by ECF)