IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN D. PRYSTOWSKY, ERIC N. PRYSTOWSKY and MICHAEL PRYSTOWSKY, the EXECUTORS OF THE ESTATE OF PLAINTIFF, DR. MILTON PRYSTOWSKY, and STEPHEN D. PRYSTOWSKY AND ERIC N. PRYSTOWSKY, the EXECUTORS OF THE ESTATE OF ROSE PRYSTOWSKY,<br><br>Plaintiffs,<br><br>v.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, and PRIDE MOBILITY PRODUCTS CORP.,<br><br>Defendants.<br><br>and<br><br>PRIDE MOBILITY PRODUCTS CORP.,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>DEWERT MOTORIZED SYSTEMS and PHOENIX MECANO, INC.,<br><br>Third-Party Defendants. | Civil Action No. 2:07-cv-00072-SDW-MCA<br><br>**ORDER** |

THIS MATTER having been opened to the Court upon application by Coughlin Duffy LLP, attorneys for Defendant ADT Security Services, Inc., for an order granting the *pro hac vice* admission of Bethany M. Shelton, Esq., and the Court having considered the submissions of the parties, and upon consent of the Plaintiffs, _____, and for good cause shown:

IT IS on this 2nd day of ___May___, 2011,

345037_1

ORDERED that the application of Bethany M. Shelton, Esq., for admission *pro hac vice* is hereby granted; and it is further

ORDERED that Bethany M. Shelton, Esq., shall abide by the Local Civil Rules of the United States District Court for the District of New Jersey, including any and all Disciplinary Rules, and shall notify the Court immediately of any matter affecting his standing at the Bar of any court where he is admitted to practice; and it is further

ORDERED that Bethany M. Shelton, Esq., shall consent to the appointment of the Clerk of the New Jersey Supreme Court as agent upon whom service of process may be made for all actions against her or her firm that may arise out of her participation in this matter; and it is further

ORDERED that Bethany M. Shelton, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Coughlin Duffy LLP shall serve a copy of this Order upon all counsel of record within seven (7) days of the date of the entry thereof.

_____
HON. Madeline Cox Arleo, USMJ

Dated: May 2, 2011

345037_1