**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEPHEN D. PRYSTOWSKY, ERIC N. PRYSTOWSKY AND MICHAEL PRYSTOWSKY, the Executors of the Estate of Dr. Milton Prystowsky, and STEPHEN D. PRYSTOWSKY AND ERIC N. PRYSTOWSKY, the Executors of the Estate of Dr. Rose Prystowsky<br><br>      v.<br><br>TGC STORES, INC., et al. | Civil Action No. 2:07-cv-00072-SDW-MCA<br><br>**RESPONSE BY PLAINTIFFS, STEPHEN D. PRYSTOWSKY, ERIC N. PRYSTOWSKY AND MICHAEL PRYSTOWSKY, IN OPPOSITION TO MOTION BY DEFENDANT, ADT SECURITY SERVICES, INC., FOR STAY OF PROCEEDINGS**<br><br>**MOTION DAY MAY 16, 2011** |

Plaintiffs, Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky, the Executors of the Estate of Dr. Milton Prystowsky, and Stephen D. Prystowsky and Eric N. Prystowsky, the Executors of the Estate of Dr. Rose Prystowsky, by and through their attorneys White and Williams, LLP, hereby respond in opposition to the Motion by Defendant, ADT Security Services, Inc., for Stay of Proceedings.

No brief is necessary, as Plaintiffs have already addressed the issues raised by Movant in their Brief filed in Support of their Response in Opposition to the Motions by Defendant, Pride Mobility Products Corp., and by Third-Party Defendants, Dewert Motorized Systems, Inc. and Phoenix Mecano, Inc., for 28 U.S.C.

§ 1292(b) Certification and Stay of Proceedings, which Plaintiffs hereby incorporate as if fully set forth at length herein.  No stay is warranted, because the Motions by Defendant, Pride Mobility Products Corp., and by Third-Party Defendants, Dewert Motorized Systems, Inc. and Phoenix Mecano, Inc., are without merit.

WHEREFORE, Plaintiffs, Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky, the Executors of the Estate of Dr. Milton Prystowsky, and Stephen D. Prystowsky and Eric N. Prystowsky, the Executors of the Estate of Dr. Rose Prystowsky, respectfully request that the Motion be denied.

                                  Respectfully submitted,

                                  **WHITE AND WILLIAMS LLP**

By:  _s/ Deborah A. Crinigan__
      Deborah A. Crinigan, Esquire
      Alan J. Charkey, Esquire
      LibertyView
      457 Haddonfield Road, Suite 400
      Cherry Hill, NJ 08002-2220
      856-317-3600

      Attorneys for Plaintiff, Dr. Milton Prystowsky, in his own right and as Executor of the Estate of Rose Prystowsky

Date:  May 4, 2011

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEPHEN D. PRYSTOWSKY, ERIC N. PRYSTOWSKY AND MICHAEL PRYSTOWSKY, the Executors of the Estate of Dr. Milton Prystowsky, and STEPHEN D. PRYSTOWSKY AND ERIC N. PRYSTOWSKY, the Executors of the Estate of Dr. Rose Prystowsky<br><br>      v.<br><br>TGC STORES, INC., et al. | Civil Action No. 2:07-cv-00072-SDW-MCA<br><br>**O R D E R** |

In consideration of the Motion by Defendant, ADT Security Services, Inc., for Stay of Proceedings, and the Response in Opposition thereto by Plaintiffs, Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky, the Executors of the Estate of Dr. Milton Prystowsky, and Stephen D. Prystowsky and Eric N. Prystowsky, the Executors of the Estate of Dr. Rose Prystowsky, it is hereby ORDERED that the Motion is DENIED.

**BY THE COURT:**

_____
**Susan D. Wigenton, U.S.D.J.**

**CERTIFICATE OF SERVICE**

I, Deborah A. Crinigan, certify that on May 4, 2011, I served a copy of the Response By Plaintiffs, Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky, In Opposition to the Motion by Defendant, ADT Security Services, Inc., for Stay of Proceedings upon the following counsel by Electronic Case Filing:

| *Counsel for Defendant, Pride Mobility Products Corp.* | *Counsel for Defendant, ADT Services* |
|---|---|
| Neil Sambursky, Esquire<br>Slone Sklarin Verveniotis LLP<br>240 Mineola Boulevard<br>Mineola, N.Y. 11501 | Charles C. Eblen, Esquire<br>Shook, Hardy & Bacon, LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613 |
| *Counsel for Third-Party Defendants, Phoenix Mecano, Inc. & Dewert Motorized Systems* | *Counsel for Third-Party Defendants, Phoenix Mecano, Inc. & Dewert Motorized Systems* |
| Charles L. Simmons, Jr., Esquire<br>Gorman & Williams<br>36 S. Charles Street, Suite 900<br>Baltimore, MD 21201 | Matthew S. Schorr, Esquire<br>Marshall, Dennehey<br>425 Eagle Rock Ave., Suite 302<br>Roseland, N.J. 07068 |

**WHITE AND WILLIAMS LLP**

By:   s/ Deborah A. Crinigan
Deborah A. Crinigan, Esquire
Alan J. Charkey, Esquire
LibertyView
457 Haddonfield Road, Suite 400
Cherry Hill, NJ 08002-2220
856-317-3600
Attorneys for Plaintiffs, Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky, the Executors of the Estate of Dr. Milton Prystowsky, and Stephen D. Prystowsky and Eric N. Prystowsky, the Executors of the Estate of Dr. Rose Prystowsky