**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEPHEN D. PRYSTOWSKY, ERIC N. PRYSTOWSKY and MICHAEL PRYSTOWSKY, the EXECUTORS OF THE ESTATE OF PLAINTIFF, DR. MILTON PRYSTOWSKY, and STEPHEN D. PRYSTOWSKY AND ERIC N. PRYSTOWSKY, the EXECUTORS OF THE ESTATE OF ROSE PRYSTOWSKY,<br><br>        Plaintiffs,<br><br>v.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, and PRIDE MOBILITY PRODUCTS CORP.,<br><br>        Defendants.<br><br>and<br><br>PRIDE MOBILITY PRODUCTS CORP.,<br><br>        Defendant/Third-Party Plaintiff,<br><br>v.<br><br>DEWERT MOTORIZED SYSTEMS and PHOENIX MECANO, INC.,<br><br>        Third-Party Defendants. | Civil Action No.  2:07-cv-00072-SDW-MCA |

**REQUEST BY LOCAL COUNSEL FOR**
**PRO HAC VICE ATTORNEY**
**TO RECEIVE ELECTRONIC NOTIFICATION**

    Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

    1.    An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1 (c)(3), <u>has been paid</u> to the Clerk of the Court

                                        **COUGHLIN DUFFY LLP**
                                        *Attorneys for Defendant ADT Security Services, Inc.*

Dated:  May 4, 2011        By:    <u>/s/ *Mark K. Silver*</u>
                                          Mark K. Silver
                                          COUGHLIN DUFFY LLP
                                          350 Mount Kemble Avenue
                                          Morristown, NJ 07962
                                          Telephone:  (973) 267-0058
                                          Facsimile:  (973) 267-6442

**PRO HAC VICE ATTORNEY INFORMATION:**
Bethany M. Shelton, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108
bshelton@shb.com