## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OR THE ESTATE OF ROSE PRYSTOWSKY,

                Plaintiff,

   v.

TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 – 10

                Defendants.
---------------------------------------------------------------X
PRIDE MOBILITY PRODUCTS CORP.

                Third-Party Plaintiff,

   v.

DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC., and JOHN DOES 1 – 10

                Third-Party Defendants.
---------------------------------------------------------------X

**Civil Action No.
2:07-cv-00072-SDW-MCA**

**CERTIFICATE OF SERVICE**

     I, Neil L. Sambursky, certify that on April 15, 2011, I served a copy of the following:

- Pride Mobility Products Corp.'s Reply Brief In Support Of Motion Pursuant To 28 U.S.C. §1292(b) For Certification To Appeal From The District Court's Order Dated March 23, 2011 And For A Stay Of Proceedings, and all exhibits thereto

  upon the following interested parties by Electronic Case Filing:

| | |
|---|---|
| Deborah A. Crinigan, Esq.<br>White & Williams, Esqs.<br>1800 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19020<br>(856) 317-3600<br>**Attorneys For Plaintiffs** | Charles C. Eblen, Esq.<br>Emily Sullivan, Esq.<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd.<br>Kansas City, MO  64108<br>**Attorneys For Defendant, ADT Security Services, Inc.** |

Charles L. Simmons Jr., P.C.
Michael R. Naccarato, Esq.
GORMAN & WILLIAMS
Charles Center South, Suite 900
36 South Charles Street
Baltimore, Maryland 21201-3114
**Attorneys Third-Party Defendant, Phoenix Mecano and Dewert Motorized Systems**

Dated:  May 16, 2011

**MIRANDA SAMBURSKY SLONE
SKLARIN VERVENIOTIS LLP**
Attorneys for Defendant
PRIDE MOBILITY PRODUCTS CORP.

**s/ Neil L. Sambursky**
_____
Neil L. Sambursky (NLS-8520)
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.:  09-018