NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OF THE ESTATE OF ROSE PRYSTOWSKY,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>TGC STORES, INC., ADT SECURITY SERVICES INC., INVACARE CORPORATION, GOLDEN BROTERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP., and JOHN DOES 4-10<br><br>　　　　　　　　　　　　Defendants. | Civil Action No. 07-0072 (SDW) (MCA)<br><br><br>**ORDER**<br><br><br>August 11, 2011 |

**WIGENTON**, District Judge.

　　Before the Court is defendant Pride Mobility Products Corp.'s ("Pride" or "Defendant Pride") motion for an order certifying the March 23, 2011 Order and record for interlocutory appeal pursuant to 28 U.S.C. 1292(b) and staying this action ("Motion"). Third party defendants Phoenix Mecano Inc. and Dewert Motorized Systems (collectively "Phoenix") also filed for certification to appeal and for stay of the proceedings ("Phoenix Motion"). Additionally, before the Court is defendant ADT Security Services, Inc.'s ("ADT") motion to stay proceedings ("ADT's Motion").

　　For the reasons set forth in this Court's Opinion dated August 11, 2011, the Court **DENIES** Defendant Pride's Motion and the Phoenix Motion. Defendant ADT's Motion is moot, as Pride's Motion is denied, and thus, a stay will not be granted.

**SO ORDERED.**

s/Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Judge Arleo
 Parties