IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN D. PRYSTOWKSY, ERIC N. PRYSTOWSKY AND MICHAEL PRYSTOWSKY, the Executors of the Estate of Dr. Milton Prystowsky, and STEPHEN D. PRYSTOWKSY AND ERIC N. PRYSTOWKSY, the Executors of the Estate of Dr. Rose Prystowsky,<br><br>*Plaintiffs,*<br><br>v.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 – 10,<br><br>*Defendants.* | Civil Action No. 2:07-cv-00072-SDW-MCA<br><br><br><br><br><br><br><br><br><br>**NOTICE OF APPEARANCE OF ROBERT M. CAPLAN, ESQ.** |
| PRIDE MOBILITY PRODUCTS CORP.,<br><br>*Third-Party Plaintiff,*<br><br>v.<br><br>DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and JOHN DOES 1 – 10,<br><br>*Third-Party Defendants.* | |

TO:   Clerk of the Court
      United States District Court, District of New Jersey
      M.L. King Jr. Federal Building & U.S. Courthouse
      50 Walnut Street
      Newark, New Jersey  07102

8556984v.1

- 2 -

PLEASE TAKE NOTICE THAT Robert M. Caplan, Esq. of White and Williams, LLP hereby enters his appearance in this action as counsel for plaintiffs, Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky, the Executors of the Estate of Dr. Milton Prystowsky, and Stephen D. Prystowsky and Eric N. Prystowsky, the Executors of the Estate of Rose Prystowsky.

Dated: 12-29-11

ROBERT M. CAPLAN, ESQUIRE
White and Williams LLP
LibertyView
457 Haddonfield Road, Suite 400
Cherry Hill, NJ  08002-2220
856-317-3600

## CERTIFICATE OF SERVICE

I, Robert M. Caplan, Esquire, certify that on December 29, 2011, I served a copy of the Entry of Appearance upon the following parties via electronic court filing:

*Counsel for Defendant, Pride Mobility Products Corp.:*

Neil Sambursky, Esquire
Slone Sklarin Verveniotis LLP
240 Mineola Boulevard
Mineola, N.Y. 11501

*Counsel for Third-Party Defendants, Phoenix Mecano, Inc. & Dewert Motorized Systems:*

Charles L. Simmons, Jr., Esquire
Michael R. Naccarato, Esquire
GORMAN & WILLIAMS
36 S. Charles Street, Suite 900
Baltimore, MD 21201

*Counsel for Defendant, ADT Services:*

Charles C. Eblen, Esquire
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

*Counsel for Third-Party Defendants, Phoenix Mecano, Inc. & Dewert Motorized Systems:*

Matthew S. Schorr, Esquire
Marshall, Dennehey
425 Eagle Rock Ave., Suite 302
Roseland, N.J. 07068

WHITE AND WILLIAMS LLP

By: /s/ Robert M. Caplan
Robert M. Caplan, Esquire
LibertyView
457 Haddonfield Road, Suite 400
Cherry Hill, NJ 08002-2220
856-317-3600
Attorney for Plaintiffs, Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky, the Executors of the Estate of Dr. Milton Prystowsky, and Stephen D. Prystowsky and Eric N. Prystowsky, the Executors of the Estate of Dr. Rose Prystowsky