

# MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
⎯⎯

MAURIZIO SAVOIARDO
MARK R. OSHEROW*◊□
COUNSEL

WRITER'S DIRECT DIAL:
(516) 741-8659

WRITER'S E-MAIL:
NSAMBURSKY@MSSSV.COM

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL    (516) 741-7676
FAX    (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
CLARK, NJ

TODD HELLMAN*
ANNE K. ZANGOS
KELLY C. SPINA*
NIR M. GADON
BRIAN L. GORDON
CRAIG H. HANDLER
ROBERT E.B. HEWITT
GERALD C. WATERS JR.
BRIAN S. CONDON◊
KATHLEEN L. WRIGHT
MICHAEL D. NERI
ANDREW G. VASSALLE
KELLY M. ZIC

*   ALSO ADMITTED IN NEW JERSEY
◊  ALSO ADMITTED IN CONNECTICUT
□  ALSO ADMITTED IN FLORIDA
°RESIDENT IN WESTCHESTER

December 29, 2011

**VIA FACSIMILE AND ECF**
Honorable Magistrate Judge Madeline Cox-Arleo
U.S.D.C. District of New Jersey
Martin Luther King Courthouse
50 Walnut St., Room 2060
Newark, NJ 07101

>   Re:   *M.D. Milton Prystowsky v. TGC Stores, et al.*
>         Civil Action No. 07-72 (SDW)
>         Our File No.: 09-018

Dear Judge Cox-Arleo:

    We represent Pride Mobility Products in the above matter.

    We are writing to advise that the parties have resolved the issue regarding the deposition of Bob Radecke. Therefore, the hearing set for January 3, 2012 can be removed.

>   Respectfully submitted,
>   **MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP**
>
>   s/_Neil L. Sambursky
>
>   Neil L. Sambursky

Cc:
All counsel (by ECF and email)