IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN D. PRYSTOWSKY, ERIC N. PRYSTOWSKY AND MICHAEL PRYSTOWSKY, the Executors of the Estate of Dr. Milton Prystowsky, and STEPHEN D. PRYSTOWSKY AND ERIC N. PRYSTOWSKY, the Executors of the Estate of Dr. Rose Prystowsky,<br><br>      *Plaintiffs*,<br><br>v.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 – 10,<br><br>      *Defendants*. | Civil Action No. 2:07-cv-00072-SDW-MCA<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**MOTION DAY MARCH 5, 2012** |
| PRIDE MOBILITY PRODUCTS CORP.,<br><br>      *Third-Party Plaintiff,*<br><br>  v.<br><br>DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and JOHN DOES 1 – 10,<br><br>      *Third-Party Defendants.* | |

TO:

| | |
|---|---|
| Neil L. Sambursky, Esquire<br>Miranda Sambursky Slone<br>Sklarin Verveniotis LLP<br>240 Mineola Boulevard<br>Mineola, N.Y. 11501 | Mark K. Silver, Esquire<br>Coughlin, Duffy LLP<br>350 Mount Kemble Avenue<br>P.O. Box 1917<br>Morristown, N.J. 07962-1917 |

| | |
|---|---|
| Neil M. Day, Esquire<br>Sterns & Weinroth, P.C.<br>P.O. Box 1298<br>Trenton, N.J. 08607 | Charles C. Eblen, Esquire<br>Shook Hardy & Bacon, LLP<br>2555 Grand Boulevard<br>Kansas City, MO  64108-2613 |
| Matthew S. Schorr, Esquire<br>Marshall, Dennehey, Warner,<br>Coleman & Goggin<br>425 Eagle Rock Avenue<br>Suite 302<br>Roseland, N.J. 07068 | Charles L. Simmons, Jr.,<br>Esquire<br>Gorman & Williams<br>36 S. Charles Street, Suite 900<br>Baltimore, MD  21201 |

William P. Cunningham, Esquire
Daly, Lamastra & Cunningham
3 Mountain View road
P.O. Box 1622
Warren, N.J.  07061

PLEASE TAKE NOTICE that in accordance with <u>Rule</u> 15(a) of the Federal Rules of Civil Procedure, Plaintiffs, Stephen D. Prystowsky,  Eric N. Prystowsky and Michael Prystowsky, the Executors of the Estate of Plaintiff, Dr. Milton Prystowsky, and, Stephen D. Prystowsky and Eric N. Prystowsky, the Executors of the Estate of Rose Prystowsky, will move before the United States District Court for the District of New Jersey on Monday, March 5, 2012, at 9:00 A.M., or as soon thereafter as counsel may be heard, for an order granting leave to file Plaintiffs' Third Amended Complaint, a copy of which is attached hereto as Exhibit "A".

Plaintiffs hereby incorporate by reference the Brief in Support as if fully set forth at length herein.

                         **WHITE AND WILLIAMS LLP**

By:   s/ Deborah A. Crinigan
      Deborah A. Crinigan, Esquire
      Alan J. Charkey, Esquire
      1650 Market Street
      One Liberty Place, Suite 1800
      Philadelphia, PA 19103-7395
      (215) 864-7194

      Attorneys for Plaintiffs, Stephen D. Prystowsky, Eric N. Prystowsky and Michael Prystowsky, the Executors of the Estate of Dr. Milton Prystowsky, and Stephen D. Prystowsky and Eric N. Prystowsky, the Executors of the Estate of Dr. Rose Prystowsky

Date:  February 2, 2012