**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEPHEN D. PRYSTOWSKY, ERIC N. PRYSTOWSKY AND MICHAEL PRYSTOWSKY, the Executors the Estate of Dr. Milton Prystowsky, and STEPHEN D. PRYSTOWSKY AND ERIC N. PRYSTOWSKY, the Executors of the Estate of Dr. Rose Prystowsky,<br><br>　　　　　*Plaintiffs*,<br><br>v.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 – 10,<br><br>　　　　　*Defendants*. | Civil Action No. 2:07-cv-00072-SDW-MCA<br><br>**O R D E R** |
| PRIDE MOBILITY PRODUCTS CORP.,<br><br>　　　　*Third-Party Plaintiff,*<br><br>　　v.<br><br>DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and JOHN DOES 1 – 10,<br><br>　　　　*Third-Party Defendants.* | |

In consideration of Plaintiffs' Motion For Leave To File Third Amended Complaint, and any response thereto, it is hereby ordered that the Motion is GRANTED.  Plaintiffs are directed to file the Third Amended Complaint, which is attached as Exhibit

"A" to the Motion, within ten (10) days of the date of this

Order.

**BY THE COURT:**

**_____, U.S.M.J.**

Date: _____