**CERTIFICATE OF SERVICE**

I, Deborah A. Crinigan, certify that on February 2, 2012, I served a copy of Plaintiffs' Motion for Leave to File Third Amended Complaint, along with the proposed order and Memorandum of Law in support thereof, upon the following counsel by Electronic Case Filing:

| | |
|---|---|
| Neil L. Sambursky, Esquire<br>Miranda Sambursky Slone<br>Sklarin Verveniotis LLP<br>240 Mineola Boulevard<br>Mineola, N.Y. 11501 | Mark K. Silver, Esquire<br>Coughlin, Duffy LLP<br>350 Mount Kemble Avenue<br>P.O. Box 1917<br>Morristown, N.J. 07962-1917 |
| Neil M. Day, Esquire<br>Sterns & Weinroth, P.C.<br>P.O. Box 1298<br>Trenton, N.J. 08607 | Charles C. Eblen, Esquire<br>Shook Hardy & Bacon, LLP<br>2555 Grand Boulevard<br>Kansas City, MO  64108-2613 |
| Matthew S. Schorr, Esquire<br>Marshall, Dennehey, Warner,<br>Coleman & Goggin<br>425 Eagle Rock Avenue<br>Suite 302<br>Roseland, N.J. 07068 | Charles L. Simmons, Jr.,<br>Esquire<br>Gorman & Williams<br>36 S. Charles Street, Suite 900<br>Baltimore, MD  21201 |

William P. Cunningham, Esquire
Daly, Lamastra & Cunningham
3 Mountain View road
P.O. Box 1622
Warren, N.J.  07061

**WHITE AND WILLIAMS LLP**

By:   s/ Deborah A. Crinigan
Deborah A. Crinigan, Esquire
Alan J. Charkey, Esquire
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
(215) 864-7194

Attorneys for Plaintiffs,
Stephen D. Prystowsky, Eric N.
Prystowsky and Michael Prystowsky,
the Executors of the Estate of Dr.

-18-

-19-

        Milton Prystowsky, and Stephen D.
        Prystowsky and Eric N. Prystowsky,
        the Executors of the Estate of Dr.
        Rose Prystowsky