UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
DR. MILTON PRYSTOWSKY, in his own right and as EXECUTOR OR THE ESTATE OF ROSE PRYSTOWSKY,

           Plaintiff,

v.

TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 – 10

           Defendants.
---------------------------------------------------------------X
PRIDE MOBILITY PRODUCTS CORP.

           Third-Party Plaintiff,

v.

DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC., and JOHN DOES 1 – 10

           Third-Party Defendants.
---------------------------------------------------------------X

Civil Action No.
2:07-cv-00072-SDW-MCA

**NOTICE OF MOTION**

Motion Date: March __, 2012

**PLEASE TAKE NOTICE** that, upon the annexed Affirmations of Brian L. Gordon, Esq., and Neil L. Sambursky, Esq., dated February 16, 2012, respectively, and upon all pleadings and proceedings heretofore had herein, the undersigned shall move this Court before the Honorable Susan D. Wigenton at the United States District Court for the District of New Jersey, located at 50 Walnut Street, Newark, New Jersey 07101, on the __ day of March, at 9:30 in the forenoon, or as soon thereafter as counsel can be heard, for an Order pursuant to Local Rule 101.1 (c)(1) of this Court permitting Brian L. Gordon, Esq., associated with the firm of Miranda

Sambursky Slone Sklarin Verveniotis, LLP, counsel for defendant/third-party plaintiff, Pride Mobility Products Corp., to appear *pro hac vice* in this matter; and, for such other and further relief as this Court may deem just, equitable and proper.

Dated: February 16, 2012

                                             **MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP**
Attorneys for Defendant/
Third-Party Plaintiff
PRIDE MOBILITY PRODUCTS CORP.

Neil L. Sambursky (NLS-8520)
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 09-018

TO:

Deborah A. Crinigan, Esq.
White & Williams, Esqs.
1800 One Liberty Place
1650 Market Street
Philadelphia, PA 19020
(856) 317-3600
**Attorneys For Plaintiffs**

Charles C. Eblen, Esq.
Emily Sullivan, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
**Attorneys For Defendant, ADT Security Services, Inc.**

Charles L. Simmons Jr., P.C.
Michael R. Naccarato, Esq.
GORMAN & WILLIAMS
Charles Center South, Suite 900
36 South Charles Street
Baltimore, Maryland 21201-3114
**Attorneys Third-Party Defendant, Phoenix Mecano and Dewert Motorized Systems**