UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
DR. MILTON PRYSTOWSKY, in his own right
and as EXECUTOR OR THE ESTATE OF ROSE
PRYSTOWSKY,

                Plaintiff,

v.

TGC STORES, INC., ADT SECURITY
SERVICES, INC., INVACARE CORPORATION,
GOLDEN BROTHERS, INC. d/b/a GOLDEN
TECHNOLOGIES, PRIDE MOBILITY
PRODUCTS CORP. and JOHN DOES 4 – 10

                Defendants.
---------------------------------------------------------------X
PRIDE MOBILITY PRODUCTS CORP.

                Third-Party Plaintiff,

v.

DEWERT MOTORIZED SYSTEMS, PHOENIX
MECANO, INC. and KINGSTEC INDUSTRIES,
INC., and JOHN DOES 1 – 10

                Third-Party Defendants.
---------------------------------------------------------------X

**Civil Action No.
2:07-cv-00072-SDW-MCA**

**AFFIRMATION**

      Brian L. Gordon, Esq., a member in good standing of the bar of the State of New York, hereby certifies under penalties of perjury:

    **1.** I am associated with the firm of Miranda Sambursky Slone Sklarin Verveniotis, LLP, counsel for defendant/third-party plaintiff, Pride Mobility Products Corp.

    **2.** I have been a member in good standing of the Bar of the State of New York and the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, since February 2003. The Appellate Division of the Supreme Court of

the State of New York, Second Judicial Department is located at 45 Monroe Place Brooklyn, New York 11201.

3. I also have been a member in good standing of the United States District Courts for the Southern and Eastern Districts of New York since march 2004.

4. I am not under any suspension or disbarment by any court, State or Federal. No disciplinary proceedings are pending, nor have there been any disciplinary proceedings imposed within the last five (5) years.

5. I make this certification in support of an application to appear in this case *pro hac vice* of behalf of the defendant/third-party plaintiff, Pride Mobility Products, Corp.

6. If my application is granted I certify that I will familiarize myself with the rules of this Court and will obey them. Further, I shall adhere to Rules 1.20-1(b) and 1:28-2 of the New Jersey Rules of General Application, Rules of Professional Conduct of the New Jersey Supreme Court and Local Civil Rule 101.1(c) during the period of admission.

7. An admission fee of $150 will be paid to the Clerk of the United States District Court for my admission *pro hac vice*. Further, upon my admission a fee will be paid to the New Jersey Lawyers' Fund for Client Protection at provided by New Jersey Court Rule 1:28-2(a).

Dated: February 16, 2012

MIRANDA SAMBURSKY SLONE
SKLARIN VERVENIOTIS LLP

_____
Brian L. Gordon, Esq.