UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------X
DR. MILTON PRYSTOWSKY, in his own right
and as EXECUTOR OR THE ESTATE OF ROSE
PRYSTOWSKY,

                   Plaintiff,

v.

TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 – 10

                   Defendants.

------------------------------------------------------------X
PRIDE MOBILITY PRODUCTS CORP.

                   Third-Party Plaintiff,

v.

DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC., and JOHN DOES 1 – 10

                   Third-Party Defendants.
------------------------------------------------------------X

**Civil Action No.
2:07-cv-00072-SDW-MCA**

**AFFIRMATION**

    Neil L. Sambursky, Esq., a member in good standing of the bar of the State of New York, hereby certifies under penalties of perjury:

1. I am a member of the firm Miranda Sambursky Slone Sklarin Verveniotis, LLP located at 240 Mineola Blvd., Mineola, New York, counsel for defendant/third-party plaintiff, Pride Mobility Products, Corp. I am an attorney in good standing, licensed to practice in the States of New York and New Jersey. I was admitted to practice in the State and Federal Courts in New Jersey in 1988.

2. I make this affidavit in support of the motion, pursuant to Local Rule 101.1 (c)(1) of this Court, for permission for Brian L. Gordon, Esq. to appear *pro hac vice* before the Bar of this Court on behalf of the defendant/third-party plaintiff, Pride Mobility Products, Corp.

3. As can be seen by Mr. Gordon's annexed affirmation, he is a member in good standing of the Bar of the State of New York and the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department.

4. He also is a member in good standing of the United States District Courts for the Southern and Eastern Districts of New York.

5. Mr. Gordon wishes to be admitted *pro hac vice* so that he may fully participate in these proceedings.

6. It is respectfully requested that this Court grant this within application.

Dated: February 16, 2012

MIRANDA SAMBURSKY SLONE
SKLARIN VERVENIOTIS LLP

_____
Neil L. Sambursky, Esq.,