

**Kristi L. Burmeister**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2417 DD
816.421.5547 Fax
kburmeister@shb.com

February 17, 2012

**Via Electronic Case Filing**

Honorable Madeline C. Arleo
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *Prystowsky v. ADT Security Services, Inc., et al.*; Civil Action No. 2:07-cv-00072
**Requested Extension of Time to File Opposition to Motion to Amend/Correct Complaint**

Dear Judge Arleo:

This office represents Defendant ADT Security Services, Inc. ("ADT") in the above-captioned matter. I would like to request an extension of two (2) days to file ADT's Opposition to Plaintiffs' Motion to Amend/Correct Complaint, which makes ADT's opposition due on February 23, 2012. Plaintiffs' counsel, Deborah A. Crinigan, Esq., consents to the extension. Attorney Crinigan simply requests that she be extended the same courtesy for filing Plaintiffs' reply brief in the event she needs it. Thank you for your consideration.

Respectfully requested,

By: s/ Kristi L. Burmeister
    Kristi L. Burmeister, Esquire

KLB:cld
cc:   All Counsel (by ECF)

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

4915267 v1