# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

-----------------------------------------------------------X
DR. MILTON PRYSTOWSKY, in his own right
and as EXECUTOR OR THE ESTATE OF ROSE
PRYSTOWSKY,

                    Plaintiff,

v.

TGC STORES, INC., ADT SECURITY
SERVICES, INC., INVACARE CORPORATION,
GOLDEN BROTHERS, INC. d/b/a GOLDEN
TECHNOLOGIES, PRIDE MOBILITY
PRODUCTS CORP. and JOHN DOES 4 – 10

                    Defendants.
-----------------------------------------------------------X
PRIDE MOBILITY PRODUCTS CORP.

                    Third-Party Plaintiff,

v.

DEWERT MOTORIZED SYSTEMS, PHOENIX
MECANO, INC. and KINGSTEC INDUSTRIES,
INC., and JOHN DOES 1 – 10,

                    Third-Party Defendants.
-----------------------------------------------------------X

Civil Action No.
2:07-cv-00072-SDW-MCA

**ORDER**

This matter having been brought before the Court by Miranda Sambursky Slone Sklarin Verveniotis, LLP counsel for defendant/third-party plaintiff, Pride Mobility Products Corp., for an order pursuant to Local Civil Rule 101.1(c) admitting Anne K. Zangos, Esq. *pro hac vice* in this matter, it is on this ___ day of ___ 2012, ORDERED that Anne K. Zangos, Esq. is hereby admitted to the Bar of this Court *pro hac vice*.

Dated: ~~March~~ Feb 28 2012

SO ORDERED:

_____
Magistrate Judge Madeline Cox Arleo