UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------X
DR. MILTON PRYSTOWSKY, in his own right
and as EXECUTOR OR THE ESTATE OF ROSE
PRYSTOWSKY,

                Plaintiff,

v.

TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, GOLDEN BROTHERS, INC. d/b/a GOLDEN TECHNOLOGIES, PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 – 10

                Defendants.
------------------------------------------------------------X
PRIDE MOBILITY PRODUCTS CORP.

                Third-Party Plaintiff,
v.

DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and KINGSTEC INDUSTRIES, INC., and JOHN DOES 1 – 10,

                Third-Party Defendants.
------------------------------------------------------------X

Civil Action No.
2:07-cv-00072-SDW-MCA

ORDER

This matter having been brought before the Court by Miranda Sambursky Slone Sklarin Verveniotis, LLP counsel for defendant/third-party plaintiff, Pride Mobility Products Corp., for an order pursuant to Local Civil Rule 101.1(c) admitting Brian L. Gordon, Esq. *pro hac vice* in this matter, it is on this __ day of __ 2012, ORDERED that Brian L. Gordon, Esq. is hereby admitted to the Bar of this Court pro hac vice.

Dated:  March ~~Feb 28~~ 2012

SO ORDERED:

_____
Magistrate Judge Madeline Cox Arleo