# Exhibit 2

# Charles Simmons

**From:** Neil Sambursky <nsambursky@msssv.com>
**Sent:** Thursday, March 01, 2012 11:06 AM
**To:** Charles Simmons
**Subject:** FW: Milton Prystowsky v. TGC Stores, et al

Here is the requested email

Neil L. Sambursky
MSSSV
516-741-7676 (General)
516-741-8659 (Direct)
516-741-9060 (fax)
e-mail: nsambursky@msssv.com

---

**From:** Crinigan, Deborah [mailto:Crinigand@whiteandwilliams.com]
**Sent:** Friday, April 30, 2010 5:45 PM
**To:** Neil Sambursky
**Subject:** Re: Milton Prystowsky v. TGC Stores, et al

My understanding is it goes our expert reports, your expert reports, expert deps. If you want dates that far off I will provide them.
Sent from my handheld device.

---

**From:** Neil Sambursky <nsambursky@msssv.com>
**To:** CLSimmons@GandWLaw.com <CLSimmons@GandWLaw.com>; rkaplan@margolisedelstein.com <rkaplan@margolisedelstein.com>; Eblen, Charles C. (SHB) <CEBLEN@shb.com>; wcunningham@millerlamastra.com <wcunningham@millerlamastra.com>; Crinigan, Deborah; Scott Sheldon <ssheldon@margolisedelstein.com>
**Sent:** Fri Apr 30 17:30:16 2010
**Subject:** RE: Milton Prystowsky v. TGC Stores, et al

Debbie:

We would like to depose Thomas Schneiders, Bob Radecke and Joseph Caggiano. Will you voluntarily produce them or do we need to serve subpoenas.

Thanks

Neil

Neil L. Sambursky
516-741-7676 (General)
516-741-8659 (Direct)
516-741-9060 (fax)
e-mail: nsambursky@msssv.com

---

**From:** Merson, Cheryl [mailto:Mersonc@whiteandwilliams.com]
**Sent:** Tuesday, April 27, 2010 11:03 AM
**To:** CLSimmons@GandWLaw.com; Neil Sambursky; rkaplan@margolisedelstein.com; Eblen, Charles C. (SHB);

1

wcunningham@millerlamastra.com
**Subject:** RE: Milton Prystowsky v. TGC Stores, et al

Dear Counsel:

On behalf of Deborah A. Crinigan, Esquire, I have attached correspondence to Judge Arleo with regard to the above-captioned matter. Thank you.

---

**IRS Circular 230 Notice:** To ensure compliance with certain regulations promulgated by the U.S. Internal Revenue Service, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code, or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein, unless expressly stated otherwise.

Cheryl Merson
Legal Secretary
**White and Williams LLP**
1650 Market Street, One Liberty Place
Philadelphia, PA 19103-7395
Direct Dial: 215.864.7187
mersonc@whiteandwilliams.com

****CONFIDENTIALITY NOTICE****

This E-Mail message and any documents accompanying this E-Mail transmission contain information from the law firm of White and Williams LLP which is "Privileged and confidential attorney-client communication and/or work product of counsel." If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.