# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN D. PRYSTOWSKY, ERIC N. PRYSTOWSKY AND MICHAEL PRYSTOWSKY, the Executors of the Estate of Dr. Milton Prystowsky, and STEPHEN D. PRYSTOWSKY AND ERIC N. PRYSTOWSKY, the Executors of the Estate of Dr. Rose Prystowsky,<br><br>    *Plaintiffs,*<br><br>v.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 - 10,<br><br>    *Defendants.* | Civil Action No. 2:07-cv-00072-SDW-MCA<br><br>O R D E R |
| PRIDE MOBILITY PRODUCTS CORP.,<br><br>    *Third-Party Plaintiff,*<br><br>v.<br><br>DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and JOHN DOES 1 - 10,<br><br>    *Third-Party Defendants.* | |

In consideration of Plaintiffs' Motion For Leave To File Third Amended Complaint, and any response thereto, it is hereby ordered that the Motion is GRANTED. Plaintiffs are directed to file the (Second) Third Amended Complaint, (Docket entry 232-1) which is attached as Exhibit A.

"A" to the Motion, ~~within ten (10) days of the date of this~~ By March 9, 2012 ~~Order~~, with the slight modification as set forth on the record, with respect to count XIV (Consumer Fraud) *

BY THE COURT:

_____, U.S.M.J.

Date: March 5, 2012

* Defendants shall File Answers by March 23, 2012.

In addition:
1) Defendants may serve 25 interrogatories by March 23, 2012; to Be Answered by April 13, 2012.
2) Defendants shall Move for Summary Judgment by May 15, 2012; opposition by June 15, 2012; reply By June 28, 2012, or the Motion is waived.