UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN D. PRYSTOWSKY, ERIC N. PRYSTOWSKY and MICHAEL PRYSTOWKY, the EXECUTORS OF THE ESTATE OF PLAINTIFF, DR. MILTON PRYSTOWSKY, and STEPHEN D. PRYSTOWSKY AND ERIC N. PRYSTOWSKY, the EXECUTORS OF THE ESTATE OF ROSE PRYSTOWSKY,<br><br>Plaintiffs,<br><br>v.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., INVACARE CORPORATION, and PRIDE MOBILITY PRODUCTS CORP.,<br><br>Defendants.<br><br>and<br><br>PRIDE MOBILITY PRODUCTS CORP.,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>DEWERT MOTORIZED SYSTEMS and PHOENIX MECANO, INC.,<br><br>Third-Party Defendants. | Civil Action No. 2:07-cv-00072-SDW-MCA<br><br>ORDER ~~GRANTING~~ *Denying*<br>ADT SECURITY SERVICES INC.'S MOTION TO STRIKE PLAINTIFFS' (SECOND) PROPOSED THIRD AMENDED COMPLAINT |

THIS MATTER having been opened to the Court upon the Notice of Motion and Motion of ADT Security Services, Inc. for an Order Striking Plaintiffs' (second/revised) Proposed Third Amended Complaint, and the Court having considered the submissions of the parties, and for

1

4935012 v1

good cause shown, IT IS HEREBY ORDERED that ~~Plaintiffs' Proposed Third Amended Complaint be stricken from the record.~~ defendants' Motion is denied.

~~It is further ORDERED that Charles C. Eblen, Esq. shall serve a copy of this Order upon all counsel of record within seven (7) days of the date of the entry hereof.~~

Dated: _March 13_, 2012

_____
Magistrate Judge Madeline Cox Arleo

2

4935012 v1