## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DR. MILTON PRYSTOWSKY, et al | : | |
| | : | Civil Action No. 07-72 (SDW) |
| Plaintiff (s) | : | |
| vs | | |
| | : | ORDER OF DISMISSAL |
| TGC STORES, INC., et al | : | |
| Defendant(s) | : | |

It has been reported to the Court that the above-captioned matter has been settled as to all defendants except for defendant ADT;

**It is on this 11th day of July, 2012**

**ORDERED** that this action is hereby dismissed without prejudice and without costs, as to all parties except defendant ADT, subject to the right of the parties upon good cause shown within **60 days**, to reopen the action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

/s/ Susan D. Wigenton
UNITED STATES DISTRICT JUDGE