UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN D. PRYSTOWSKY, et al., | Honorable Madeline Cox Arleo |
| | Civil Action No. 07-72 (SDW) |
| Plaintiffs, | |
| v. | **SEALING ORDER** |
| TGC STORES, INC., et al., | |
| Defendants. | |

**THIS MATTER** having come before the Court on its own motion, and for good cause shown,

IT IS, on this 19th day of October, 2012,

**ORDERED** that, pursuant to Local Civil Rule 5.3, the court proceeding held on October 19, 2012 for the recorded time of 11:56:08 a.m. - 12:10:21 p.m., in the above-captioned matter, shall be sealed, and shall not be part of the official docket until such time that this Court may order otherwise; and it is further

**ORDERED** that counsel for plaintiff, counsel for defendant Pride Mobility Products Corporation; and counsel for third-party defendant Dewert Motorized Systems shall have access to the sealed transcript of the October 19, 2012 hearing.

MADELINE COX ARLEO
UNITED STATES MAGISTRATE JUDGE

cc: Clerk of the Court
Hon. Susan D. Wigenton, U.S.D.J.
File