IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN D. PRYSTOWSKY, ERIC N. PRYSTOWSKY AND MICHAEL PRYSTOWSKY, the Executors of the Estate of Dr. Milton Prystowsky, and STEPHEN D. PRYSTOWSKY AND ERIC N. PRYSTOWSKY, the Executors of the Estate of Dr. Rose Prystowsky,<br><br>        *Plaintiffs*,<br><br>v.<br><br>TGC STORES, INC., ADT SECURITY SERVICES, INC., PRIDE MOBILITY PRODUCTS CORP. and JOHN DOES 4 - 10,<br><br>        *Defendants*. | Civil Action No. 2:07-cv-00072-SDW-MCA<br><br>O R D E R |
| PRIDE MOBILITY PRODUCTS CORP.,<br><br>        *Third-Party Plaintiff*,<br><br>v.<br><br>DEWERT MOTORIZED SYSTEMS, PHOENIX MECANO, INC. and JOHN DOES 1 - 10,<br><br>        *Third-Party Defendants*. | |

In consideration of the Motion for Determination of Fee Pursuant to N.J.R. 1:21-7(f) by White and Williams LLP, *and for the reasons set forth on the record on Oct 19, 2012* it is hereby ORDERED that the Motion is GRANTED.

With respect to the claims asserted by Plaintiffs for personal injuries, wrongful death and/or property damage, other

than subrogated property damage claims for which Plaintiffs have received benefits from a collateral source, the contingent fee of White and Williams LLP shall, after deduction of allocable costs, be calculated according to N.J.R. 1:21-7(c)(1)-(4) for recovery of the first $2,000,000 (two million dollars), plus an additional thirty-three and one-third percent (33 1/3%) on the amount recovered by Plaintiffs in excess of $2,000,000 (two million dollars).

**BY THE COURT:**

_____, J.
M. Cex Arleo USMJ

Oct 19 - 2012